Original

MIKEAL Glenn Stine
FULL NAME

COMMITTED NAME (if different)
U.S. Penitentiary Florence /ADX
FULL ADDRESS INCLUDING NAME OF INSTITUTION
P.O. Box 8500/ Florence, Co. 81226
55436-098
PRISON NUMBER (if applicable)

RAYMOND OECHSLE
FULL NAME

COMMITTED NAME (if different)
U.S. Penitentiary Florence /ADX
FULL ADDRESS INCLUDING NAME OF INSTITUTION
P.O. Box 8500/Florence, Co. 81226
44776-0606
PRISON NUMBER (if applicable)

FILED

2008 FEB -4  PH 4: 14

CLERK US DI...
SOUTHERN DISTRICT OF CALIFORNIA

BY RM _____DEPUTY

# United States District Court
## Southern District of California

MIKEAL Glenn Stine; AND RAYMOND
OECHSLE. et.al.

PLAINTIFF,

v.

SAN Bernardino County West Valley
Detention Center. et. al.

DEFENDANT(S).

CASE NUMBER **08 CV 0215 JM AJB**

Amended Verified Complaint

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes  ☐ No

2. If your answer to "1." is yes, how many? __(27) Civil CASES:__

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   "SEE: PAGES (2) And (2-A) INFRA"

a. Parties to this previous lawsuit:

Plaintiff MIKEAL Glenn Stine -And- RAYmond Beckle

Defendants HARLEY LAPPIN; MicHael NAlLEY; Ron WILEY;

b. Court United STATES DiST, Court / Denver Colorado.

c. Docket or case number 07-CV-01839-BNB

d. Name of judge to whom case was assigned Boyd N. Boland.

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) Still Pending

f. Issues raised: Due Process And 8Th Amendment Violations

g. Approximate date of filing lawsuit: AUG. 2007

h. Approximate date of disposition N/A.

Civil Cases

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 1 | STINE, MIKEAL | codce | 1:2006cv02105 | 10/23/2006 | 555 | 05/09/2007 |
| 2 | STINE, MIKEAL GLENN | txsdce | 6:2006cv00021 | 02/28/2006 | 510 | |
| 3 | STINE, MIKEAL GLENN | azdce | 2:1994mc00044 | 05/12/1994 | 999 | 08/12/1998 |
| 4 | STINE, MIKEAL GLENN | azdce | 4:1995cv00098 | 02/15/1995 | 550 | 06/22/1995 |
| 5 | STINE, MIKEAL GLENN | codce | 1:2007cv00102 | 01/16/2007 | 555 | 02/08/2007 |
| 6 | STINE, MIKEAL GLENN | kywdce | 3:1994cv00106 | 02/18/1994 | 550 | 05/03/1995 |
| 7 | STINE, MIKEAL GLENN | codce | 1:2007cv00121 | 01/17/2007 | 360 | |
| 8 | STINE, MIKEAL GLENN | txsdce | 6:2003cv00125 | 10/14/2003 | 555 | 12/07/2005 |
| 9 | STINE, MIKEAL GLENN | flmdce | 5:2004cv00345 | 07/29/2004 | 555 | 08/08/2005 |
| 10 | STINE, MIKEAL GLENN | azdce | 2:1993cv00372 | 02/24/1993 | 550 | 09/22/1993 |
| 11 | STINE, MIKEAL GLENN | ilsdce | 3:2005cv00468 | 07/01/2005 | 540 | 08/12/2005 |
| 12 | STINE, MIKEAL GLENN | flmdce | 5:2004cv00536 | 12/02/2004 | 555 | 05/25/2005 |
| 13 | STINE, MIKEAL GLENN | azdce | 2:2007cv00581 | 03/19/2007 | 555 | 04/02/2007 |
| ✶ 14 | STINE, MIKEAL GLENN | codce | 1:2007cv00799 | 04/19/2007 | 550 | |
| 15 | STINE, MIKEAL GLENN | codce | 1:2007cv01248 | 06/14/2007 | 555 | 08/02/2007 |
| ✶ 16 | STINE, MIKEAL GLENN | codce | 1:2007cv01250 | 06/14/2007 | 555 | |
| 17 | STINE, MIKEAL GLENN | flmdce | 6:2006cv01278 | 08/28/2006 | 550 | 11/08/2006 |
| 18 | STINE, MIKEAL GLENN | flmdce | 6:2006cv01361 | 09/11/2006 | 555 | 12/18/2006 |
| 19 | STINE, MIKEAL GLENN | azdce | 2:1989cv01667 | 10/06/1989 | 550 | 04/02/1996 |
| 20 | STINE, MIKEAL GLENN | azdce | 2:2001cv01671 | 09/06/2001 | 555 | 10/03/2001 |

✶ CONTINUED AT PAGE (2-A) ✶

| | Name | Court | Case No. | Filed | 550 | |
|---|---|---|---|---|---|---|
| 21 | STINE, MIKEAL GLENN | codce | 1:2007cv01839 | 08/31/2007 | 550 | |
| 22 | STINE, MIKEAL GLENN | azdce | 2:2001cv01864 | 10/03/2001 | 550 | 11/28/2001 |
| 23 | STINE, MIKEAL GLENN | codce | 1:2007cv02203 | 10/19/2007 | 555 | |
| 24 | STINE, MIKEAL GLENN | azdce | 2:1993cv02284 | 12/06/1993 | 550 | 05/05/1994 |
| 25 | STINE, MIKEAL GLENN | azdce | 2:1993cv02338 | 12/15/1993 | 550 | 03/08/1994 |
| 26 | STINE, MIKEAL GLENN | mowdce | 6:2005cv03094 | 03/07/2005 | 530 | 08/03/2005 |
| 27 | STINE, MIKEAL GLENN | scdce | 3:2001cv04788 | 12/19/2001 | 555 | 01/28/2002 |

## Criminal Cases

| | Name | Court | Case No. | Filed | Closed |
|---|---|---|---|---|---|
| 28 | STINE, MIKEAL GLEN | txsdce | 6:2003cr00044 | 07/17/2003 | 04/29/2004 |
| 29 | STINE, MIKEAL GLEN | txsdce | 2:2003mj00238 | 07/10/2003 | |
| 30 | STINE, MIKEAL GLEN | azdce | 2:2003mj05182 | 07/31/2003 | |
| 31 | STINE, MIKEAL GLENN | txsdce | 6:2004cr00020 | 02/20/2004 | |
| 32 | STINE, MIKEAL GLENN | azdce | 3:1999cr00155 | 03/04/1999 | 07/13/1999 |
| 33 | STINE, MIKEAL GLENN | txsdce | 4:2004mj00169 | 03/03/2004 | |
| 34 | STINE, MIKEAL GLENN | azdce | 2:1997cr00512 | 11/05/1997 | 04/13/1998 |
| 35 | STINE, MIKEAL GLENN | azdce | 2:1997mj03321 | 09/15/1997 | |
| 36 | STINE, MIKEAL GLENN | azdce | 2:2003mj05182 | 07/31/2003 | |

## Appellate Cases

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 37 | STINE, MIKEAL GLENN | 10ca | 07-1043 | 02/01/2007 | 2550 | 05/18/2007 |
| 38 | STINE, MIKEAL GLENN | 10ca | 07-1117 | 03/26/2007 | 2550 | 05/18/2007 |
| 39 | STINE, MIKEAL GLENN | 09ca | 94-17129 | 12/07/1994 | 1890 | 11/08/1995 |
| 40 | STINE, MIKEAL GLENN | 09ca | 99-10337 | 07/27/1999 | 0 | 12/22/2000 |

## Appellate Cases

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 41 | STINE, MIKEAL GLENN | 10cae | 07-1043 | 02/01/2007 | 2550 | 05/18/2007 |
| 42 | STINE, MIKEAL GLENN | 10cae | 07-1117 | 03/26/2007 | 2550 | 05/18/2007 |

**B. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____
   _____
   _____

3. Is the grievance procedure completed? ☒ Yes   ☐ No   SEE PAGES ( 7 ) - Through - (28)

   If your answer is no, explain why not   ATTACHED HERETO.

4. Please attach copies of papers related to the grievance procedure. SEE PAGES ( 7 ) through ( 28 ) ATTACHED HERETO

   ＊ PAGE 2-A ＊

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff (MIKEAL STINE) + (RAYMOND DECHSIE)
(print plaintiff's name)

who presently resides at USP-Florence ADX, P.O. Box 8500, FLORENCE, COLORADO, 81226.
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

SAN Bernardino County JAIL West VAlley Detention Center/ 9500
(institution/city where violation occurred)
EtiwANda AVenue, RANcho CucAmonga, California, 91739 And
its STAff being Lt. Trotter; SGt. D. Florence; And SGt.
Mahoney.

on (date or dates) ON Dec. 8Th - Through Dec. 21st 2007

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than
five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant  SAn Bernardino WVDC /County JAil                    resides or works at
    (full name of first defendant)
    9500 EtiwAnda Ave. RANcho CucAmonga, CA, 91739
    (full address of first defendant)
    SAN Bernardino WVDC / County JAil
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

    Explain how this defendant was acting under color of law:
    AS SAN Bernardino County JAil / Housing Plaintiffs

2.  Defendant  Lt. Trotter                    resides or works at
    (full name of first defendant)
    9500 EtiwAnda Ave, RANcho CucAmonga, CA, 91739
    (full address of first defendant)
    Lt. of WVDC/SAn Bernardino County JAil
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

    Explain how this defendant was acting under color of law:  AS Correctional Lt./Supervisor
    of SAn Bernardino West VAlley Detention Center.

3.  Defendant  Sgt D. Florence
    (full name of first defendant) _____ resides or works at

    9500 Etiwanda Ave, Rancho Cucamonga, CA. 91739
    (full address of first defendant)

    Correctional Sgt, WVDC
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:

As Corr. Sgt. SAN Bernardino County West VAlley Detention Center
And JAil Supervisor.

4.  Defendant  Sgt. Mahoney
    (full name of first defendant) _____ resides or works at

    9500 Etiwanda Ave, Rancho Cucamonga PA. 91739
    (full address of first defendant)

    Correctional Sgt, WVDC.
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:

As Correctional Sgt./SAN Bernardino West VAlley Detention Center
And JAil Supervisor.

**D. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Each Plaintiff's Right of
_____ (E.g., right to medical care, access to courts,
MEANingFul Access To The Courts Were Willfully Violated.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

On 12/8/07 Plaintiffs Stine And Oechsle Were Placed in the SAN BernardiNo CouNTY JAil As defense "MATerial WitNesses" in USA VS. SAhAkiAct. et No. CR-02-938-VAP USDC/Riverside. SupervisiNg United STATES MArshal O'ConNor Advised on 12/8/07 to SAN BernardiNo CouNTY JAil West VAlley DetentioN CeNter AT RANcho CucAmoNgA, Calif. ThAT Plaintiffs Stine And Oechsle Were NoT DisciPlinary And Were Co-Plaintiffs Pro-Se before Several Courts Specifically USDC-Colorado With "immenient CourT deadlines Such As 12/10/07 & 12/15/07 And Would Require The use of LAW Library, While Housed AT West Valley DetentioN Center, To SGT. D. Honore. SEE; OECHSLE REQUEST ATTAchEd As Exhibit (1). PlaintiFF Stine's Requests Were Never ReTurned "However" – – – SEE; STiNE Exhibits 1-Through 14 in Support, As Well Oechsle's Exhibits (1) (15) (16) (17) (18) (19) And (20) in Support of Claims.

Plaintiffs With Due Diligence MAde both Verbal And Written RequesTs To use lAw library To MeeT their USDC Deadlines And Showed OfficiAls To include All NAmed OfficiAls USDC CourT orders ShowiNg They Were Co-Plaintiff Pro-Se As Well Had individual CASES With Deadlines EAch MusT MeeT. All DefendANTS Responded thAT ONly SAN BernardiNo CouNTY DefendANTS With A SAN BernardiNo CouNTY CourT order Would be Allowed To use lAw library, And No Federal Prisoners Housed AT SAN BernardiNo CouNTY JAil WVDC (Denying MeANiNgful Access To CourTs). SEE; Bounds VS. Smith 430 U.S. 817 (1977) "Supplement PAGE AttAched"

* CONTinued AT PAGE 5-A *

D.  Causes of Action CONTINUED:

— NOTE Lieutenant J. Trotter, Sgt. D. Florence And Sgt Mahoney
STATEd you federal Prisoners Think your Special And This
is San Bernardino County And only County Inmates Will
USE THE LAW Library HERE AT - SAN BERNARDINO
County Jail; Further Per-United STATES Marshal Contract
For Housing Federal Prisoners, San Bernardino County is
To Provide Indigents Such As Plaintiffs With Postage To,
Courts, Attorneys And U.S. Representivites, At San
Bernardino County Jail Each Plaintiff Never Had Any funds
While their, And Each Named Defendants Refused Each
Plaintiff, Paper, Envelopes or Postage To Write Courts
And Attorneys, And Allowed each Plaintiff to miss
Court Deadlines, Which Stated A Viable Claim for
interference with Plaintiffs first Amendment Right To
Petition redress of Grievances And Willfully Caused Actual
injury To Their Pending litigations by missing Deadline And
Not being Supplied Paper & Postage To file Needed Motions
SEE: LEWIS VS. CASEY, 518 U.S. 343, 349, 351 (1996)
And Gluth VS. Kansas, 951 F.2d. 1504 (9TH Cir. 1991), each
defendant were advised And Showed they must Allow Federal
inmates (Themselves Access To Law Library) And each
STATEd To Sue Them, further Showing Their intentional
Denial of Access To The Courts.

\* PAGE (5-A) \*

CIVIL RIGHTS COMPLAINT

<u>Count 2</u>:  The following civil right has been violated: Denied Adequate Medical Care

for Serious Medical Condition. 8th Amendment Violations.

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:  [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

On 12/8/07 San Bernardino County Jail West Valley Detention Center Recieved Plaintiffs Stine & Oeschle for Housing And Were Medically Prescribed "Bleeding Ulcer" Medication for Plaintiff Stine by Dr. Jeffry Maga Prescription #4090864 being FAMOTIDine 20 mg. Tabs And Ibuprofen for Pain, Each To be given in Morning And Evening, And if followed from 12/8/07 Through 12/21/07 Would Have Been given To Plaintiff Stine (26) Times, And Plaintiff Only Recieved His Prescribed Medication (7) Times Total in 13-days thereby missing (13) times... Note Deputy Wallan And Deputy Melendrez Will Confirm Above. Further Plaintiff Just Had Knee Surgery On Meniscus And ACL And On 12/9/07 Twisted Causing injury; Sgt. D. Florance And Mahoney forced Plaintiff to walk Held by Two unknown Guards And Nurse Did Not Examine Plaintiff Stated you Walked Your Okay Never Comming Within 15-feet of Plaintiff Stine All Video Taped 12/9/07. SEE Exhibit (11) ATTached orthopedic ordered me Put on crutches but staff Per-orders of Sgt. D. Florance And Mahony in Writing Directed I be Hand-Cuffed Disallowing me to Use crutches And Stated Dr. ordered them, Not That you must use them! "Further Exhibit (11) States And a X-Ray Was Taken, "However" This is a lie by P. Stafford, R.N. Supervisor, "As Never Was Any Sort of XRay Taken" Again Deputy Wallen Will Confirm.

Plaintiff OeSchle Was Denied His Needed And Medical Prescribed Seizure Medication Allowing Him to Have Seizures On 12/13/07 And 12/24/07 Causing Serious INJURY.

Continued At PAGE (SC) *

CIVIL RIGHTS COMPLAINT

- S-B -

CV-66 (7/97)



Count 2 CONTINUED: SEE ATTACHED EXHIBIT (18) Concerning SEIZURES And Conduct OF SAN Bernardino County JAIL And on 12/20/07 Plaintiff OECHSLE Pushed Emergency medical Button of Which WAS "NOT" Answered, AT 2000 Hours Plaintiff OECHSLE STATED TO DEPUTY I feel like I'm going TO HAVE A SEIZURE Need to see medicAl, the Deputy ignored Plaintiff And Plaintiff feel out HAving sEizure Hitting His Head, MR. STINE bAngged on Door until Someone Answered And Told Them OECHSLE IS OUT on Floor, ThAT He Too HAd been CAlling staff with NO Response, OECHSLE WAS Then Picked up on CAmerA brough outside door HArd-Cuffed Then Shackled Dizzy from SEIzure And 5-STAFF on CAmerA Allowed Plaintiff OECHSLE To FAll Again injurying Himself on cement Floor, Immidietly forced to WAlk To Medical Shackled & Dizzy ordered to SEE Doctor of Which WAS NOT Provide to Plaintiff OECHSLE, The Above Conduct ConsTiTuTes 8 TH Amendment Violations Pursuant To ESTelle Vs Gamble, 429 U.S. 97, 104, 97 S.Ct. 285, 50 L.Ed.2d. 251 (1976) Further San Bernardino County Detention Center fAiled To TAke Action to Abate injury And Refusing To Answer Emergency CAll ButTon ConsTiTuTes deliberAte indifference SEE Farmer Vs. BrennAn, 511 U.S. 825, 847, 114 S.Ct. (1970) 128 L.Ed2d 811 (1970).

Plaintiffs STINE Also Needed Medical Attention Due His Medicine WAS NOT broughT And STAFF refused TO Answer The Emergency ButTon on 12/11/07 for Plaintiff SEE Exhibit (6) (21) And (22) ATTACHED; ConsTiTuTing Willful infliction of unNecessary Pain by Refusing To Answer Emergency ButTon To get Plaintiff STINES Medication in ViolaTion of 8 TH Amendment, "SEE Gamble SuprA".

✳ CONTINUED AT (5-D) ✳



Count 3: The following civil right has been violated: DUE Process in Violations
(E.g., right to medical care, access to courts,

of 5th And 14th Amendment And Outside Recreation.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name,* did to violate the right alleged in Count 3.]

ON 12/8/07 SAN Bernardino County JAIL HAD Plaintiffs STine And
Oechsle Placed in Protective Segregation Without Affording either
Any Sort of DuE Process Hearing or Evidence for Needed
Placement, "NOTE" Plaintiffs Were Never brought before Any Sort
of Classification As All Other 3000 SAN Bernardino County
JAIL inmates including other Federal Prisoners. And AT The
Directions of Sgt. D. Florence; Sgt. Mahoney And Lt.
Trotter Each Plaintiff Requested Release To General Population
And Defendants increased Condition on Each Plaintiff That
Greatly Exceed Disciplinary Segregation And imposed An
Atypical Hardship on Plaintiffs Relevant To A Correctional
or County JAIL environment in Violation of U.S. Supreme
Court MANDATES of Wilkenson VS. Austin, (June 2005),
SEE; Plaintiffs Exhibits (2) (3) (8) (16) (20) "further"
Each Plaintiffs Were denied Outside Recreation When All Other
INMATES Received Outside Recreation dating from 12/8/07
Through 12/21/07 Without Any DuE Process Hearing or Disciplinary
TAKE STATED Outside Recreation, NOTE ordered By Sgt.
D. Florence; Sgt. Mahoney And Lt. J. Trotter As means of
Retribution And Retaliation.

* CONTINUED AT PAGE (5-E) *

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)

Count 4: The following civil right has been violated: UNSAFE HOUSING And MEDICAL
TREATMENT: DELiberATE IN Difference And CRuEL UNUSUAL PUNishment:
<small>(E.g., right to medical care, access to courts,</small>
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:    [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

Plaintiffs STINE And OECHSLE State that SGt. D. FLoRENCE: SGt.
Mahoney And Lt. TRotter PlacED EACH Plaintiff in DEEP Isolation
Above DISCiplinary SEGREGATION: Without ANY Sort of VioLation of
RuLes or DuE Process HEaring. STAFF ARE "Too MAke SAFEty
CHecks Every 30 MINutes; HoweveR AT StART of Shift STAFF
Would fill out CHecK Form for The ENTIRE Shift And Would
ONLY Come in To feed Plaintiffs. The CELLs ARE EQuiPPED With
EMERGENcy DuRESS ASSISTANCE ButTon So INMATE CAN SuMMons
MEDICAL HELP." FRom 12/8/07 Through 12/21/07 "Both Plaintiffs
(STINE And oechsle) WeRE NoT GivEn Their Prescribed MEDICATion
And STAFF Would NoT AnsweR The DuRESS ButTon; And ON
12/13/07 Plaintiff OEchsle HAd SEIZuRE; And Prior To PASSing
out Plaintiff OEchsle felt SEIZure Comming On And HAd NoT
been PRovided His MEDically PRoscribed SEIZuRE MEDICATion
And PushEd DuRESS ButTon; And STAFF Would NoT AnsweR;
Plaintiff STINE Also Pushed His ButTon To Get ASSISTANCE
fuR Plaintiff OEchsle And STAFF Would NoT AnsweR His DuRESS
ButTon. EitheR And Plaintiff OEchsle Fell Down HAving SEIZuRE
Hitting His Head And BLeeding." STAFF NEVER CAME FoR HouRS
And ON 12/14/07 U.S. MARshAL O'CoNnoR CAME To See Plaintiff
STINE + OEchsle in Which Foregoing MATTER WAS AddRessed And
Plaintiffs WeRE told That The U.S. MARshAL O'CoNnoR WAS going
To Move Plaintiffs from SAN BeRnAdino WESt VALLey
DetENtion CENteR That StATED Conditions WeRE unCALLED foR
AND left.                        ❋ CONTINUED At (S-F) ❋

Count (4), CONTINUED:

"ON OR about 12/20/07 at Approximately 2000 Hours" Plaintiff Stine And Oechsle HAD Not been given Their Medically Prescribed Medication And MR. Oechsle's WAS SEIZURE Medication Both Pushed Emergency Duress button for Their Medication And No Staff Would Answer, Plaintiff Oechsle told Plaintiff STINE Get Me Some Help I'm feeling the begining of A seizure... And at about This Time Deputy Came In And Both Told Them To Get their medication And Oechsle stated "Get me Medical I'm A feeling Seizure" The Deputy Smiled And Walked off. Approx- -MATELY 1-hour Passed And Plaintiff STINE Got ATTENTION of Another STAFF" When found MR. Oechsle in Seizure State, on Floor With Forehead Busted Open large lump & Bleeding, At Approximately 2110 Hours 12/20/07 Summoned Medical Help And Discovered OECHSLE HAD Not Recieved His Medication Due Hours before this Seizure", And stated Thats Common Here "We HAVE Over 3000 INMATES". And Confirmed Emergency Duress Buttons of STine & OECHSLE Were Working And Could NOT Answer Why DEPUTY AT 2000 Hours feiled To Get medical When Advised that Neither STine or OECHSLE HAD Recieved their Medication And OECHSLE's Statement I feel like I'm fixing To HAVE Seizure When "if Medication HAD been Given ON Time And Medical Summoned AT 2000 Hours When OECHSLE And STINE Told Him the seizure And INJURY TO HEAD Could HAVE been abated. "When Medical Did Arrive AT Approximately 2110 HRS. With About 6-8 Guards And NURSE All Was Video Taped, STAFF Took Plaintiff OECHSLE FROM His Cell F-7 HAnd-Cuffed And Demanded Plaintiff OECHSLE be HAnd-Cuffed & Shackled Even —

CIVIL RIGHTS COMPLAINT    Continued AT 5-G )

CV-66 (7/97)

- 5-F -

Count ( 4 ) CONTINUED:

~Though Bleeding And Dizzy, Staff Would Not Hold Plaintiff OECHSIE Stating lift Your foot Standing on one foot To Shackle OECHSIE, And OECHSIE ON Camera Tumbled over Hand-Cuffed Hitting Solid Concrete Floor. Note At Least 6-8 Staff Present And None Attempted To Prevent OECHSIE's Second Fall Again Causing Further Injury And was All ON Tape, (video Camera) 12/20/07. Its Further Stated Each Plaintiff OECHSIE & Stine Were Prescribed Medication Morning And Evening by JAil Doctor, And From 12/8/07 Through 12/20/07 Should Have received Medication (24) times. And Records Will Show Neither Stine or OECHSIE Refused their Medication, However Not Given To Plaintiff or Within time Periods ordered.

The foregoing Acts of San Bernardino County JAil + Staff Supervisors Lt. TRITTLER: Sgt. D. Florence And Sgt Mahoney Were Directly involved And Re-sponsible As Shift Sgt: / Lt. etc: Supervisors To Ensure Plaintiffs Stine And OECHSIE received their Medication And Were Housed in Safe Environment, The Conduct of STAff incarcerated Plaintiffs in unsafe Conditions/unadequate medical care /Cruel + unusual Punishment And failed To Take Corrective Action To abate Injury And Conditions SEE; FARMER VS. Brennan, 511 U.S. 825, 847, 114 S.Ct. 1970, 128 L.Ed. 2d. 811 (1970). The Delay of Medication once Prescribed by Doct. Violates 8th Amend. SEE; Estelle VS. Gamble, 429 U.S. 97. 104, 97 S.Ct. 285. 50 L.Ed. 2d. 251 (1976), Further, SEE; Rouse VS. Plantier, 182 F.3d. 192, 197, (3rd Cir. 1999) Citing Estelle, 429 U.S. At 104. (End of Claims).

**E.  Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): _Immediate order That All INMATES Be Allowed To USE LAW Library To include Federal INMATES And INdibent LEGAL MAil be Posted dAily BY SAN BernardINO County JAil officiAls,_

2. Damages in the sum of $ _100,00.00_

3. Punitive damages in the sum of $ _100,00.00_

4. Other: _SPeciAl MonitoR APPointed For 36 months_

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court.  (Choose one.)

**G.  Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge.  The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases.  Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

I declare under the penalty of perjury that the foregoing is true and correct.

_1/14/08_
Date

_1/14/08_
Date

_Mical J. Stine_
Signature of Plaintiff

_Raymond Oechsle_
Signature of Plaintiff

CIVIL RIGHTS COMPLAINT

Page 6 of 6

- 6 -

EXHiBiT (1)

Unit 2

SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
DETENTION AND CORRECTIONS BUREAU

# INMATE REQUEST SLIP

Raymond Oechsle
Name of Inmate

0712341071
Booking #

AD Seg 2
Housing Location

12-9-07
Date of Request

I RESPECTFULLY REQUEST to use the Law Library. I'm under an imminent Deadline. Could I use the Law Library with my CoPlaintiff Mikeal Glenn Stine? Willing to Go in there At Any time.

(USE REVERSE SIDE FOR ADDITIONAL SPACE)

Law Library is for the Inmates Only due to Overcrowding

Deputy Reviewing/Completing Request          Date

GHRC P.S.#1007

- 7 -

EXHiBiT (1)

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

☐ ADC
☒ WVDC
☐ CDC
☐ GHRC
☐ OTHER _____

## INMATE GRIEVANCE INVESTIGATION

*Exhibit Ⓐ*

Date __12/10/07__                                    Grievance # __0734612035__

Inmate's Name __Stine, Mikeal__                      Booking # __0712341072__

Investigation Conducted By __Dep. S. Thies__         Employee # __B4679__

### SUMMARY OF COMPLAINT AND FINDINGS

**Complaint:**
Inmate Stine alleges he has been denied access to the Law Library. He also claimed that he is improperly classified as Segregated Protective Custody.

**Findings:**
The United States Marshal transported Stine to WVDC on Friday, December 7, 2007. He is currently testifying as a federal witness in Riverside. Inmates with an issuance of a Superior Court order granting Pro Per status are allowed Law Library access only during weekdays.

Stine was classified as Segregated Protective Custody because of his current Aryan Brotherhood drop-out status and instructions left by the USM office.

**INMATE COPY PLEASE DELIVER**

### ACTION TAKEN

Greivance answered.

Interim responce, a copy was sent to Sergeant Dorrough from Support Services for further review.

SGT. DORROUGH WILL ANSWER LAW LIBRARY ISSUE — ___
                                                    12/11/07

Reviewed By __Jack Trotter__                         Approved By __Jack Trotter__
            Duty Lieutenant                                      Facility Administrator

Written reply given to inmate on _____ At _____ By _____
                                  Date              Time          Print Name

This complaint has been discussed with me and I have been advised of the findings.

__Mikeal J. St__                                     __12/12/07__
      Inmate Signature                                     Date

☐ Original: Inmate's Booking Jacket     ☐ Copy: Inmate     ☐ Copy: Administration

*Exhibit Ⓐ*

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

☐ ADC
☒ WVDC
☐ CDC
☐ GHRC
☐ OTHER

## INMATE GRIEVANCE INVESTIGATION

*Exhibit (3)*

Date __12/10/07__                              Grievance # _____

Inmate's Name   __Mikeal Stine__                      Booking # __0712341072__

Investigation Conducted By  __Sgt. R. Dorrough__            Employee # __D0478__

### SUMMARY OF COMPLAINT AND FINDINGS

Inmate alleges he is being denied access to the law library.  He alleges he has an "immenint court deadline".  He also alleges that Sgt. Florence and Sgt. Mahoney acted unprofessionally.  He also alleges he is being denied medical care for a twisted left knee.  He is also requesting forms to file federal complaint.

FINDINGS:  This inmate is housed at WVDC from a Federal Prison to testify as a federal witness in Riverside.  He was originally only going to housed until 12/14/07 but that was extended until 12/21/07.  He does not have a criminal case in San Bernardino County nor does he have a San Bernardino County court order for prp per status in San Bernardino County.//
If he has an injury he should submit a medical request slip to be seen at sick call.  It is only his openion that the Sergeants mentioned acted unprofessionally.  His "immenint court deadline" has passed.  We currently have a full schedule of pro pers in the law library working on San Bernardino County criminal cases.  It would have been inpossible to get this inmate into the schedule on such short notice.  We have San Bernardino County inmates that we have a difficult time getting into the law library.//
The forms he requested are attached.

### ACTION TAKEN

None

### INMATE COPY PLEASE DELIVER

Reviewed By  _Jack Trotter_          Approved By  _Jack Trotter_
              Duty Lieutenant                      Facility Administrator

Written reply given to inmate on _12-12-2007_  At _1930 HRS_  By _K. Johnson_
                                    Date           Time          Print Name

This complaint has been discussed with me and I have been advised of the findings.

_Mikeal J S_                              _12/12/07_
        Inmate Signature                      Date

☐ Original:  Inmate's Booking Jacket        ☐ Copy:  Inmate        ☐ Copy:  Administration

*Exhibit (3)*

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

Exhibit (4)

☒ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

Inmate's Name  Stine, Mikeal    Booking # 07-1234-1072

Housing Location  Ad-Seg II  G-2    Date of Complaint 12-8-07 Through Present

Date of Incident 12/8/07 - Pres.  Time of Incident    Location of Incident  Ad-Seg II  G-1

**EXPLAIN YOUR COMPLAINT**

"NOTE" This is A Continuing Complaint SEE Initial Grievance # ▓▓▓▓ 0734
-12635, NOTE facility States Must Have Pro-Per order from Superior
Court, The facility Should Take Judicial NOTICE I Have U.S. District
Court Pro-Per Status Order of Which is (4) levels Exceeding S/B Superior
Court order, Additionally facility trys to imply (only) S/B CASES Are
Allowed Access when they Conflict with U.S. Marshals And Cases I'm
tried under Rico Here that Took Place All over U.S.
            ⚹ Additionally Supreme Court in
Bounds Vs. Smith, 430 U.S. 817 (1977) "All INMATES Must Be Allowed
law Library Access, Anything less Violates Const. Right of Access
To The Courts SEE: "Funding" Gluth Vs. Kansas 951 F. 2d 1504
(9th Cir. 1991). The Denial is Causing Actual Injury to Several of
My CASES I'm Pro Se in" SEE: LEWIS VS. CASEY 518 U.S. 343,
349, 351 (1996), I Want immidiate Corrective Action.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature  Mikeal I. Stine    Date 12/13/07

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By  K. Johnson    Date 12-13-2007  Time 1432 HRS
Employee's Name (please print)

Grievance # _____  Date _____  Assigned to _____

Original: Inmate's Booking Jacket    Copy: Inmate    Copy: Administration

Exhibit (4)

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

Exhibit (5)

☒ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

Inmate's Name **MIKEAL STINE**        Booking # 0712341072

Housing Location **Ad-Seg II (G-1)**        Date of Complaint **12/10/07**

Date of Incident **12/10/07**    Time of Incident ____    Location of Incident **Ad-Seg II (G-1)**

**EXPLAIN YOUR COMPLAINT** (list the dates, times and names of persons involved)

WVDC was Aware That I'm Pro-Per In The Following Case Numbers:
06-CV-02105-W4D-PAC; 07-CV-0021-W4D-KLm; 07-CV-00799-W4D-KLm;
07-CV-01248-BNB; 07-CV-01250-W4D-KLm; 07-CV-01839-BNB; 07-
CV-02703-W4D-KLm U.S. District Court Judge Wiley Daniels
And HAD Court Filing Deadlines of 12/10/07, I was And Continue
To be Denied Law Library Access by WVDC + Deputys As
Malicious Support of Sgt. D. Florence and Sgt. Mahoney. The
Acts Have Now Caused Actual Injury; of interference With
my First Amendment Right To Petition for redress of Wrongs And
demonstrates Actual Injury And Prejudice to litigations, SEE;
Lewis Vs. Casey, 518 U.S. 343, 349, 351 (1996), further The
Denial of law Library To Pro-se inmate Constitutes Denial of Access
To The Courts SEE; Bounds Vs. Smith, 430 U.S. 817 (1977) +
Gluth Vs. Kansas, 951 F.2d 1504 (9th Cir. 1991).

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature *Micheal J. St*        Date **12/10/07**

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By **E. WILLIAMS**        Date **12-10-07**    Time **2026**
Employee's Name (please print)

Grievance # ____    Date ____    Assigned to ____

Original: Inmate's Booking Jacket        Copy: Inmate        Copy: Administration

— 11 —

Exhibit (5)

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

Exhibit (6)

☒ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

Inmate's Name __Stine, Mikeal C.__     Booking # __0712341022__

Housing Location __Ad-seg II G-1__     Date of Complaint __12/11/07__

Date of Incident __12/11/07__   Time of Incident __0830__   Location of Incident __Ad-seg II G-1__

Staff working Control from 2000 Hrs 12/11/07 Through 0800
hours 12/12/07 Will Not Answer or Acknowledge the Call button
in the cells, Note other Staff other Shifts' have confirmed
Nothing Wrong, NotE This refusal to Answer the Call button
Places' inmate lifes at Stake And Demonstrates unProfessional
Conduct by Sheriff's Detention officers, And due Placing
inmate lifes at Stake due Conduct, Constitues 8th
Amendment Violation And Actionable Pursuant To 42 USC
1983; I Request immediate Corrective Action, NotE
Button approximately 0830 Hours 12/12/07 Still Not Acknow-
ledging or Answering Stated Call Button — Thank you—

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature __Mikeal C. St__     Date __12/12/07__

DO NOT WRITE BELOW THIS LINE — STAFF USE ONLY

Received By __F. Diez C-7194__     Date __12/12/07__   Time __1415__
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket     Copy: Inmate     Copy: Administration

-12-

Exhibit (6)

ASU#050401

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

☒ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

*Exhibit (7)*

Inmate's Name **Stine, Mikeal Glenn** Booking # ~~XXX~~ **0712341622**

Housing Location **Ad-Seg II G-1** Date of Complaint **12/12/07**

Date of Incident **12/12/07** Time of Incident **1600hrs** Location of Incident **Ad-Seg II G-1**

**EXPLAIN YOUR COMPLAINT** (include dates, times, and names, directions involved)

This Date Staff Attempted To Get me to Sign A Medical Refusal Slip And Would Not Allow me to Make a Statement of Which Show my Reasons of Which are Contrary To facts Stated By WVDC. Whereas facts are Not Stated Correctly And ERRoneously., Then Staff Stte you want me to confirm & Sign WVDC Created a definite Environment of Which Any Person Would Refuse And then Claims one Refuses medical treatment NOTE Conditions to Receive medical Treatment Violate Conditions of United States Court ORDER And Places me in Jeopardy to Comply With NON-Policy Conditions imposed on me and Violate 8th Amendment.

**(ATTACH ADDITIONAL PAGES IF NEEDED)**

Inmate Signature *Mikeal J. Stine* Date **12/12/07**

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By **K. Johnson** Date **12-12-2007** Time **1830 Hrs**
Employee's Name (please print)

Grievance # _____ Date _____ Assigned to _____

Original: Inmate's Booking Jacket          Copy: Inmate          Copy: Administration

*Exhibit (7)*

-13-

ASU#050401

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

☒ WVDC
☐ CDC
☐ GHRC
☐

☐ INITIAL INMATE GRIEVANCE

☒ GRIEVANCE APPEAL

*EXHIBIT (8)*

Inmate's Name __StinC, MiKEAl, C__    Booking # __0712341022__

Housing Location __Ad-Seg II G-1__    Date of Complaint __12/13/07__

Date of Incident __12/8 - Through present__  Time of Incident __0100__   Location of Incident __AdSeg II G-1__

STATE YOUR COMPLAINT, INCLUDING NAMES, DATES, TIMES, PLACES, ETC.

Pursuant To Initial Grievance + Response I'm Classified Protective Seg
Due My Drop-out Status from Aryan Brotherhood And Instructions of
U.S. Marshal, However, No Classification Due Process Hearing Held As
Mandated by Wilkerson Us. Austin (June 2005) Which Mandates Due
Process Hearing before Placement, And I be Allowed to make statement,
Refute evidence And Present Evidence. None was afforded.

＊ Additionally No Evidence I was ever A/B
And if So No evidence I've dropped out. Nov 29 2007 U.S. Dist Court
Judge Daniels Stated (2) Page order No Need for Protective Seg. further
U.S. Marshal Can Not Order me in Protective Seg Without evidence
of my Request. Wilkerson SUPRA, further I Testifying for
Aryan Brotherhood Defense Not Against And I'm from ADx
Federal Penitentiary General Population with Drp to, A/B, So
it Shows No Need, And I want released To G.P.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature __Mikel J. St__    Date __12/13/07__

DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY

Received By __DEP. MELENDREZ__    Date __12/13/07__   Time __2030__
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket     Copy: Inmate     Copy: Administration

*Exhibit (8)*

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**  ☒ WVDC
**Detention and Corrections Bureau**  ☐ CDC
 ☐ GHRC

☐ **INITIAL INMATE GRIEVANCE**  ☐

☒ **GRIEVANCE APPEAL**

Exhibit (9)

Inmate's Name: Stine, Mikeal, Glenn    Booking # 0712341072

Housing Location: Ad-Seg II (G-1)    Date of Complaint 12/16/07

Date of Incident: Since 12/8/07    Time of Incident: N/A    Location of Incident Ad-Seg, II (-)

**EXPLAIN YOUR COMPLAINT** (Include your request and names of persons involved)

I've filed Initial Grievances On; Access To Court/Law Library;
Inadequate Medical Care/Delivery of Medication; No Outs or Recreation;
No Envelope Provided/Postage for legal mail to Copies of Legal
Motions & Exhibits for filing in Federal Courts, And San Bernardino
County West Valley Detention Has failed To Address, wherefore
I'm filing final Grievance Appeal As Required by (PLRA)
before filing the Federal Suit Pursuant To 28 USC 1331, 1343
And 42 USC 1983, Defendants are Sgt. D. Florence; Sgt.
Mahoney; Lt. Trotter And San Bernardino County West Valley
Detention Center for Violating Above secured Rights under
1st 5th 8th And 14th Amendment, The foregoing Acts have
Caused Injury And Discriminates Against USM-Prisoners
" Federal Suit Pursuant To Above Statutes And Additional Cites
under 28 CFR Will be filed USDC/U.S. Dist. Courts

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature: Mikeal G. St    Date 12/16/07

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By: DEP. WALLEN    Date 12/16/07    Time 1730 HRS
Employee's Name (please print)

Grievance # _____    Date _____    Assigned to _____

Original: Inmate's Booking Jacket    Copy: Inmate    Copy: Administration

-15-

Exhibit (9)

ASU#050401

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

- [x] WVDC
- [ ] CDC
- [ ] GHRC
- [ ]

- [x] INITIAL INMATE GRIEVANCE
- [x] GRIEVANCE APPEAL

EXHIBIT (10)

Inmate's Name: Stone, Mikeal Glenn                    Booking # 0712341072

Housing Location: Ad-Seg II G-1          Date of Complaint: 12/17/07 / 1030 Hrs.

Date of Incident: 12/17/07    Time of Incident: 1030 Hrs    Location of Incident: Ad-Seg II G-1

**EXPLAIN YOUR COMPLAINT (Include dates, times and names of persons involved)**

I'm Prescribed omprezule; Tagmet And Zantac by Medical Doctor for ulcer And Acid Reflex to be given Morning And Evening, This is further Prescribed by WVDC Doctor in Addition to U.S. Penitentiary Dr. Nafziger AT Florence Ad-max/ADX. The Denial + Delay Causes Unnecessary Pain And further Complicates The Conditions In Violations of U.S. 8th Amendment. SEE: Estelle Vs. Gamble, 429 U.S. 97, 104 97 S.Ct. 285, 50 L.Ed. 2d, 251 (1976), "once Prescribed by Doctor" the Delay or Denial To Issue As Prescribed Violates Inmates 8th Amendment, Actionable Pursuant To 42-USC 1983 And 28 USC 1331, 1343, Citing Estelle, 429 U.S. at 104. "NOTE" I've only been given 4 Times Since 12/8/07 And Should Have Received Morning + Evening Cumming to (18) Times This further Constitutes Deliberate Indifference to Medical Needs Cting Estelle "Supra." (Supplement Attached)

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature: Mikeal G. St                    Date: 12/17/07

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By: DEP. S. WALLEN                    Date: 12/17/07    Time: 1441 Hrs.
Employee's Name (please print)

Grievance # _____ Date _____ Assigned to _____

Original: Inmate's Booking Jacket          Copy: Inmate          Copy: Administration

EXHIBIT (10)

- 16 -

ASU#050401

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

### INMATE MEDICAL
### GRIEVANCE INVESTIGATION

☒ WVDC Medical
☐ GHRC Medical
☐ CDC Medical
☐ ADC Medical

Date  12/11/07

Grievance #  0734MG12013

Inmate's Name  **Stine, mikeal**

Booking #  **0712341072**

Investigation Conducted By  **P. Stafford, RN, Supervisor**

Employee # _____

## SUMMARY OF COMPLAINT AND FINDINGS

Complaint;  You say you reinjured your knee.  You feel your constitutional rights are being violated.  You feel you are not receiving proper medical care.

Findings;  A review of your medical record indicates you were evaluated by a nurse when you complained of knee pain on 12/9/07 and were uncoopertive with the staff.  You were referred to doctor sick call and an x-ray was taken.  A consult was obtained with orthopedic doctor at ARMC.

*Never Done*

## ACTION TAKEN

No further action taken at this time.

Reviewed By _____
Nursing Supervisor

Approved By _____
Health Services Administrator

Written reply given to inmate on _____  At _____  By _____
Date                Time              Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____
Inmate Signature

12/11/08
Date

☐ Original:  Inmate's Medical Record          ☐ Copy:  Inmate

— 17 —

ASU#050402M

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

☐ ADC
☒ WVDC
☐ CDC
☐ GHRC
☐ OTHER _____

## INMATE GRIEVANCE INVESTIGATION

Date __12/13/07__                                    Grievance # __0734G12048__

Inmate's Name    __Mikeal Stine__                        Booking # __0712341072__

Investigation Conducted By   __Sgt. R. Dorrough__                  Employee # __D0478__

### SUMMARY OF COMPLAINT AND FINDINGS

Inmate alleges he is being denied law library access.

**FINDINGS:** This grievance has been asked and answered. This inmate is at WVDC from Federal prison as a witness. Our law library is currently full with San Bernardino County inmates in pro per. This inmate not being allowed to come to the law library is not in support of any Deputy or Sergeant at WVDC. The grievance system is in place to redress alleged wrongs.

### ACTION TAKEN

**None**

### INMATE COPY PLEASE DELIVER

Reviewed By ___*Jack Trotter*___          Approved By ___*Jack Trotter*___
                Duty Lieutenant                              Facility Administrator

Written reply given to inmate on _____ At _____ By _____
                                          Date              Time              Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____          _____
          Inmate Signature                              Date

☐ Original: Inmate's Booking Jacket        ☐ Copy: Inmate        ☐ Copy: Administration

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

☐ ADC
☒ WVDC
☐ CDC
☐ GHRC
☐ OTHER _____

## INMATE GRIEVANCE INVESTIGATION

Exhibit (13)

---

Date  **12/17/07** _____     Grievance #  **0734G12047** _____

Inmate's Name  **Raymond Oechsle** _____     Booking #  **0712341071** _____

Investigation Conducted By  **Sgt. R. Dorrough** _____     Employee #  **D0478** _____

### SUMMARY OF COMPLAINT AND FINDINGS

Inmate alleges his 1st amendment rights are being violated because he is not being allowed to go to the law library.

FINDINGS:  The WVDC law library is for inmates granted pro per status for criminal cases in San Bernardino County.  We currently have a over filled pro per schedule.  This inmate was sent down from prison as a witness.  If he has a state case he is pro per on while he is here we do not have room even for San Bernardino cases.

### ACTION TAKEN

None.

### INMATE COPY PLEASE DELIVER

---

Reviewed By ___P.L._____          Approved By ___Lt. P ferlio  12-18-07___
           Duty Lieutenant                                              Facility Administrator

Written reply given to inmate on _____ At _____ By _____
                           Date          Time              Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____                    _____
      Inmate Signature                                                    Date

---

☐ Original:  Inmate's Booking Jacket          ☐ Copy:  Inmate          ☐ Copy:  Administration


Exhibit (13)

☒ WVDC
☐ GHRC
☐ CDC
☐ Other:

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
## HEALTH SERVICES REQUEST

_12/14/07_          _Stine_          _Milked_          _Otroni_
**DATE**          **LAST NAME**          **FIRST**          **MIDDLE**
(Fecha)          (Apellido)          (Primer Nombre)          (Segundo)

_DZ234102_          _8/8/58_          _Ad-Seg II G4_
**BOOKING NUMBER**          **DATE OF BIRTH**          **HOUSING LOCATION**
(Numero De Prisionero)          (Fecha de nacimiento)          (Unidad de vivienda)

**CHECK ONE BOX:**     ☒ **MEDICAL**          ☐ **DENTAL**          ☒ **MENTAL HEALTH**
(Marque una)          (Medico)          (Dental)          (Salidad Mental)

**PROBLEM:** _I'm Told My Stomach Medica___ __ __ directed, and_
(Problema) _I Need it (R___of Exams ___ Intry to y___
___ the Red R___ Ad___ ___ ___
"NOTE I was Told to do this by Nurse ___ Missing Meds ___
___

**ALLERGIES:** _None_
(Alergias)
**WHEN WAS YOUR LAST VISIT TO THE JAIL NURSE OR DOCTOR?** _12/4/07 ___
(¿Cuando fué la ultima visita con el doctor o enfermera?)
**WHEN IS YOUR NEXT COURT DATE?** _12/18/07_
(¿Cuando es la próxima fecha que va a corte?)

**THERE WILL BE A CO-PAY FEE OF $3.00 FOR INMATE-INITIATED, NON-EMERGECY HEALTH CARE SERVICES PROVIDED.  CERTAIN HEALTH CARE SERVICES ARE EXEMPT FROM THE FEE.**
_(HAY UN CARGO DE TRES DOLARES POR SERVICIOS MEDICOS SOLICITADOS POR PRISIONERO QUE NO SEAN CASOS DE EMERGENCIA.  CIERTOS SERVICIOS DE CUIDADO DE SALUD SON EXCLUIDOS DEL CARGO.)_

**Inmate's Signature:** _Miked A Jr_
(Firma)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### MEDICAL STAFF RESPONSE

RN/MD S/C (DATE): _____          Dental/Mental Health Referral ☐

_Reported to ___ said ___ see ___ county doctor_
_to ___ or ___ of ___ request_

_1807_          _800_          _J Hook R___ 7_
Date          Time          Health Care Provider

Distribution:          White/Yellow – Medical Staff          Pink – Inmate

Exhibit (s)

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

Exhibit (s)

☒ **INITIAL INMATE GRIEVANCE**
☒ **GRIEVANCE APPEAL**

Inmate's Name: Raymond Oechsle    Booking #: 071334107

Housing Location: Ad Sq 2 G 2    Date of Complaint: 12-10-07

Date of Incident: 12-10-07    Time of Incident: _____    Location of Incident: WVDC

### EXPLAIN YOUR COMPLAINT (include dates, times and names of persons involved)

WVDC is aware that I'm A Pro-Per litigant. I've missed A Court Deadline on 12-10-07, in front of Judge Wiley Daniels. Case Number: 07-cv-01934-BN. I need access to the Law Library. At this time WVDC continues to denie me access to the Law Library. These Acts of interference have caused Actual Injury Violating my First Amendment Rights.

### (ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature: Raymond Oechsle    Date: 12-10-07

### DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY

Received By: E. WILLIAMS
Employee's Name (please print)    Date: 12-10-07    Time: 2026

Grievance # _____    Date _____    Assigned to _____

Original: Inmate's Booking Jacket    Copy: Inmate    Copy: Administration

- 21 -

Exhibit (s)

ASU#050401

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

Exhibit (16)

☒ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

Inmate's Name: Raymond Oochola          Booking #: 0712341071

Housing Location: AD Seq 2 G-2          Date of Complaint: 12-13-07

Date of Incident: 12-9 to 12-13  Time of Incident: Ongoing  Location of Incident: AD Seq 2 G-2

EXPLAIN YOUR COMPLAINT

I'm locked down without Law Library Access in
extreme isolation under protective Segregation
with conditions more harsh than Disciplinary
Segregation. I'm denied outside recreation
ETC... All of the above was done without
allowing me anytype of hearing, classificat.
Due Process, that's mandated by the U.S.
Supreme Court in Hewet Vs Helms (1994) & the
June 2005 Mandate of U.S. Supreme Court in
Wilkinson Vs. Austin. The conditions when Taken
together exceed an Atypical & Significant Hardship in
A Jail/Correctional environment Violating the 1st,
5th, 8th, And 14th Amendment. I've filed a numerous
Request "to Staff" About this Matter. No Action Taken.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature: Raymond Oochola          Date: 12-13-07

DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY

Received By: K. Johnson
Employee's Name (please print)          Date: 12-13-2007  Time: 1436 HRS

Grievance # _____  Date _____  Assigned to _____

Original: Inmate's Booking Jacket          Copy: Inmate          Copy: Administration

Exhibit (16)

-22-

ASU#050401

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

Exhibit (17)

- [x] WVDC
- [ ] CDC
- [ ] GHRC
- [ ] _____

[x] **INITIAL INMATE GRIEVANCE**

[x] **GRIEVANCE APPEAL**

Inmate's Name **Raymond Oechsle**       Booking # **0712341071**

Housing Location **AB Seg 2 G-2**       Date of Complaint **12-13-07**

Date of Incident **12-8 to Present**   Time of Incident **Ongoing**   Location of Incident **AB seg 2 G 2**

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved)

"Note" This complaint is ongoing WVDC is causing additional injury to my Federal case #07-CV-01839-BMK in which my imminent Court deadline passed without my response due WVDC disallowing me requested Law Library Access. Now Pursuant to Lewis V, Casey, 518 U.S. 343, 344, 351, (1996) As the denial is tossed me from filing motions to show Why I Failed to Comply with Deadline. I have U.S. Federal District Court Order for Pro-Se status. Your Acts Knowingly Deny U.S. Marshal Prisoners Access to the Courts. I Request Access to the Law Library to Prevent Further injury to my cases. All Inmates must be allowed law library Access. Anything less violates Const. Right ~~_____~~ of Access to the Courts.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature **Raymond Oechsle**       Date **12-13-07**

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By **DEP. MELENDREZ**
Employee's Name (please print)   Date **12/13/07**   Time **2031**

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket       Copy: Inmate       Copy: Administration

Exhibit (17)

-23-

ASU#050401

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

EXHIBIT (16)

☒ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

Inmate's Name **Raymond Oechsle**      Booking # **07122410 91**

Housing Location **AD Seg 2 G-2**      Date of Complaint **12-13-07**

Date of Incident **12-11 to present**  Time of Incident **Dayshift**  Location of Incident **AD Seg 2 G-2**

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved)

On 12-11-07, 12-12-07, & 12-12-07, the dayshift officers would not answer the Emergency Call Button. At times, I pushed the Emergency Call Button for over two hours on the above Dates. The Refusal of Staff to Answer the Emergency Call Button places my life in danger and demonstrates unprofessional Conduct by Staff. The harsh Conditions I'm under have produced extreme Stress & Seizures. This Constitutes An 8th Amendment Violation These Emergency Call Button's need to be fixed. I'm respectfully requested 4 Copies of 42 USC 1983// Bivens Action &2 Motions to Proceed in Forma Pauperis.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature **Raymond Oechsle**      Date **12-13-07**

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By **DEP. MELENDREZ**      Date **121307**      Time **2030 hrs**
Employee's Name (please print)

Grievance # _____  Date _____  Assigned to _____

Original: Inmate's Booking Jacket      Copy: Inmate      Copy: Administration

-24-

EXHIBIT (16)

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

Exhibit (19)

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

☒ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

Inmate's Name: Raymond Oechsle         Booking #: 0712341071

Housing Location: AD Seq 2 G-2         Date of Complaint: 12-14-07

Date of Incident: 12-8 to Present    Time of Incident: Ongoing    Location of Incident: AD-Seq 2

**EXPLAIN YOUR COMPLAINT (include dates, times and names of persons involved)**

Why Am I being denied Religious Programs And or Chaplain Services? I have turned in several Requests for A Bible and to speak with the Chaplain about being put on A Religious Diet. I'm not Disciplinary Segregation These Acts Constitute serious Constitutional Violations that are willfully imposed upon me by San Bernardino West Valley Detention Centre & staff from 12-8-07 through Present And I fully intend federal litigations Pursuant to 42 USC 1983 And hereby give Judicial Notice of Above Violations which will be included

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature: Raymond Oechsle         Date: 12-14-07

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By: K. Johnson         Date: 12-14-2007    Time: 1900 HRS
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket         Copy: Inmate         Copy: Administration

-25-

Exhibit (19)

ASU#050401

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

Exhibit (60)

☐ WVDC
☐ CDC
☐ GHRC
☐ _____

☐ **INITIAL INMATE GRIEVANCE**
☒ **GRIEVANCE APPEAL**

Inmate's Name: Raymond Oechsle

Booking #: 0712341071

Housing Location: AD Seg 2 G-2

Date of Complaint: 12-16-07

Date of Incident: 2-9 to Present   Time of Incident: Ongoing   Location of Incident: AD Seg 2 G-2

**EXPLAIN YOUR COMPLAINT** (include dates, times, names of persons involved)

I've filed multiple Grievances contesting the illegal conditions of my confinement. Despite this, Nobody has responded to the following: WVDC was aware that I'm A Pro-Se litigant with an immenint Court Deadline, WVDC let this deadline pass & continue to deny me Access to the LAW Library & the Courts, Locked down in extreme isolation. Denied outside Rec, Religious Programs, ETC... All of the Above was done without any hearing, classification, Due Process thats mandated by the U.S. Supreme Court. Taken together these conditions impose an Atypical & Significant Hardship. San Bernardino WVDC & Staff are Knowingly & deliberately Violating my 1st, 5th, 8th, & 14th Amendment Rights under the constitution.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature: Raymond Oechsle

Date: 12-16-07

**DO NOT WRITE BELOW THIS LINE — STAFF USE ONLY**

Received By: DEP. WALLEN
Employee's Name (please print)

Date: 12-16-07   Time: 1527 hrs.

Grievance #: _____   Date: _____   Assigned to: _____

Original: Inmate's Booking Jacket     Copy: Inmate     Copy: Administration

Exhibit (60)

-26-

ASU#050401

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

Exhibit (21)

☐ WVDC ☒
☐ CDC
☐ GHRC
☐

☐ **INITIAL INMATE GRIEVANCE**
☒ **GRIEVANCE APPEAL** of # 0734G12062

Inmate's Name Stine, Mike 71                    Booking # 0712341072

Housing Location Ad-seg II G-1            Date of Complaint 12/20/07

Date of Incident 12/8 Through 12/16   Time of Incident N/A   Location of Incident Ad-seg II G-1

Title 15 Requirements And Requirements of Supreme Court in Estimer Vs Brennan, Were Not meet, First off Deputies Do Not make Observation Checks ever hour, When officers enter Run They MARK Sheet showing they entered Hours Prior Wherefore Paper Work Appears correct, Additionally Excuse That intercom WAS under Repair during Time Frame Shows And Admits Incident Happen Further No Rule Book etc. issued or Directives on What to use Intercom For Were issued And No Disciplinary or Attached Statement To Support Inappropriate Use of intercons, The failure To make Timely Response To intercom Allows regarding As No Way To Summons Assistance, Note on 12/13/03 OFChste HAD Service and Staff Would Not Respond To G-1 (Stine) or (OFChste) Intercom Button OFChste Awoke on Floor ASK me How Come I Did Not Get Him Help.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature Mike L. St            Date 12/20/07

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By DEP MELENDREZ MILY   Date 1/22/07   Time 0043
                    Employee's Name (please print)

Grievance # _____ Date _____ Assigned to _____

Original: Inmate's Booking Jacket          Copy: Inmate          Copy: Administration

- 27 -

Exhibit (21)

ASU#050401

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

☐ ADC
☒ WVDC
☐ CDC
☐ GHRC
☐ OTHER _____

*EXHIBIT (22)*

# INMATE GRIEVANCE INVESTIGATION

Date __12/19/07__                                    Grievance # __0734G12062__

Inmate's Name __STINE, MIKEAL__                    Booking # __0712341072__

Investigation Conducted By __Sergeant Foster__     Employee # __F0747__

## SUMMARY OF COMPLAINT AND FINDINGS

**Complaint:**

Stine claims staff failed to respond to his intercom when he pushed the button which put his life in jeapordy.

**Findings:**

Stine is housed in an administrative segregation cell. A deputy makes a visual observation check of Stine at least every hour. The observation checks were completed in a timely fashion and he had no medical emergencies. Title 15 requirements were met. The intercom is an additional way of communication and it was under repair during that time frame. Deputies have spoken to Stine several times for the inappropriate use of the intercom for non-emergency issues. There is no indication Stine's life was in jeaprody.

## ACTION TAKEN

Grievance answered.

### INMATE COPY PLEASE DELIVER

Reviewed By ___Jack Trotter___                     Approved By ___Jack Trotter___
            Duty Lieutenant                                    Facility Administrator

Written reply given to inmate on __12-20-07__  At __1426__  By __TAPIA__
                                  Date           Time            Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____                          _____
   Inmate Signature                                        Date

☐ Original: Inmate's Booking Jacket      ☐ Copy: Inmate      ☐ Copy: Administration

*EXHIBIT (22)*

— 28

ASU#050402

COPY

**MIKEAL Glenn Stine**
FULL NAME

COMMITTED NAME (if different)

**U.S. Penitentiary Florence/ADX**
FULL ADDRESS INCLUDING NAME OF INSTITUTION

**P.O. Box 8500/ Florence, Co. 81226**

**55436-098**
PRISON NUMBER (if applicable)

**RAYMOND OECHSLE**
FULL NAME

COMMITTED NAME (if different)

**U.S. Penitentiary Florence/ADX**
FULL ADDRESS INCLUDING NAME OF INSTITUTION

**P.O. Box 8500/Florence, Co. 81226**

**44776-0606**
PRISON NUMBER (if applicable)

# United States District Court
## Southern District of California

| | |
|---|---|
| MIKEAL Glenn STINE; AND RAYMOND OECHSLE. et.al. | CASE NUMBER |
| PLAINTIFF, | Amended Verified Complaint |
| v. | **CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)* |
| SAN Bernardino County West Valley Detention Center. et. al. | ☐ 42 U.S.C. § 1983 |
| DEFENDANT(S). | ☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____ **(27) Civil CASES:**

    Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

    **"SEE: PAGES (2) And (2-A) INFRA"**

a. Parties to this previous lawsuit:

Plaintiff _MIKEAL Glenn Stine -AND- RAYMond Beckle_

Defendants _HARLY LAPPIN; Michael NAILEY; RON WILEY;_

b. Court _United STATES DISTi Court/Denver Colorado,_

c. Docket or case number _07-CV-01839-BNB_

d. Name of judge to whom case was assigned _Boyd N. Boland,_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _Still Pending_

f. Issues raised: _Due Process And 8th Amendment Violations_

g. Approximate date of filing lawsuit: _AUG. 2007_

h. Approximate date of disposition _N/A._

Civil Cases

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 1 | STINE, MIKEAL | codce | 1:2006cv02105 | 10/23/2006 | 555 | 05/09/2007 |
| 2 | STINE, MIKEAL GLENN | txsdce | 6:2006cv00021 | 02/28/2006 | 510 | |
| 3 | STINE, MIKEAL GLENN | azdce | 2:1994mc00044 | 05/12/1994 | 999 | 08/12/1998 |
| 4 | STINE, MIKEAL GLENN | azdce | 4:1995cv00098 | 02/15/1995 | 550 | 06/22/1995 |
| 5 | STINE, MIKEAL GLENN | codce | 1:2007cv00102 | 01/16/2007 | 555 | 02/08/2007 |
| 6 | STINE, MIKEAL GLENN | kywdce | 3:1994cv00106 | 02/18/1994 | 550 | 05/03/1995 |
| 7 | STINE, MIKEAL GLENN | codce | 1:2007cv00121 | 01/17/2007 | 360 | |
| 8 | STINE, MIKEAL GLENN | txsdce | 6:2003cv00125 | 10/14/2003 | 555 | 12/07/2005 |
| 9 | STINE, MIKEAL GLENN | flmdce | 5:2004cv00345 | 07/29/2004 | 555 | 08/08/2005 |
| 10 | STINE, MIKEAL GLENN | azdce | 2:1993cv00372 | 02/24/1993 | 550 | 09/22/1993 |
| 11 | STINE, MIKEAL GLENN | ilsdce | 3:2005cv00468 | 07/01/2005 | 540 | 08/12/2005 |
| 12 | STINE, MIKEAL GLENN | flmdce | 5:2004cv00536 | 12/02/2004 | 555 | 05/25/2005 |
| 13 | STINE, MIKEAL GLENN | azdce | 2:2007cv00581 | 03/19/2007 | 555 | 04/02/2007 |
| ∗ 14 | STINE, MIKEAL GLENN | codce | 1:2007cv00799 | 04/19/2007 | 550 | |
| 15 | STINE, MIKEAL GLENN | codce | 1:2007cv01248 | 06/14/2007 | 555 | 08/02/2007 |
| ∗ 16 | STINE, MIKEAL GLENN | codce | 1:2007cv01250 | 06/14/2007 | 555 | |
| 17 | STINE, MIKEAL GLENN | flmdce | 6:2006cv01278 | 08/28/2006 | 550 | 11/08/2006 |
| 18 | STINE, MIKEAL GLENN | flmdce | 6:2006cv01361 | 09/11/2006 | 555 | 12/18/2006 |
| 19 | STINE, MIKEAL GLENN | azdce | 2:1989cv01667 | 10/06/1989 | 550 | 04/02/1996 |
| 20 | STINE, MIKEAL GLENN | azdce | 2:2001cv01671 | 09/06/2001 | 555 | 10/03/2001 |

∗ CONTINUED AT PAGE (2-A) ∗

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT
                                      - 2 -
                                                                    Page 2 of 6

| | Name | | Court | Case No. | Filed | | Closed |
|---|---|---|---|---|---|---|---|
| 21 | STINE, MIKEAL GLENN | codce | 1:2007cv01839 | 08/31/2007 | 550 | |
| 22 | STINE, MIKEAL GLENN | azdce | 2:2001cv01864 | 10/03/2001 | 550 | 11/28/2001 |
| 23 | STINE, MIKEAL GLENN | codce | 1:2007cv02203 | 10/19/2007 | 555 | |
| 24 | STINE, MIKEAL GLENN | azdce | 2:1993cv02284 | 12/06/1993 | 550 | 05/05/1994 |
| 25 | STINE, MIKEAL GLENN | azdce | 2:1993cv02338 | 12/15/1993 | 550 | 03/08/1994 |
| 26 | STINE, MIKEAL GLENN | mowdce | 6:2005cv03094 | 03/07/2005 | 530 | 08/03/2005 |
| 27 | STINE, MIKEAL GLENN | scdce | 3:2001cv04788 | 12/19/2001 | 555 | 01/28/2002 |

Criminal Cases

| | Name | Court | Case No. | Filed | Closed |
|---|---|---|---|---|---|
| 28 | STINE, MIKEAL GLEN | txsdce | 6:2003cr00044 | 07/17/2003 | 04/29/2004 |
| 29 | STINE, MIKEAL GLEN | txsdce | 2:2003mj00238 | 07/10/2003 | |
| 30 | STINE, MIKEAL GLEN | azdce | 2:2003mj05182 | 07/31/2003 | |
| 31 | STINE, MIKEAL GLENN | txsdce | 6:2004cr00020 | 02/20/2004 | |
| 32 | STINE, MIKEAL GLENN | azdce | 3:1999cr00155 | 03/04/1999 | 07/13/1999 |
| 33 | STINE, MIKEAL GLENN | txsdce | 4:2004mj00169 | 03/03/2004 | |
| 34 | STINE, MIKEAL GLENN | azdce | 2:1997cr00512 | 11/05/1997 | 04/13/1998 |
| 35 | STINE, MIKEAL GLENN | azdce | 2:1997mj03321 | 09/15/1997 | |
| 36 | STINE, MIKEAL GLENN | azdce | 2:2003mj05182 | 07/31/2003 | |

Appellate Cases

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 37 | STINE, MIKEAL GLENN | 10ca | 07-1043 | 02/01/2007 | 2550 | 05/18/2007 |
| 38 | STINE, MIKEAL GLENN | 10ca | 07-1117 | 03/26/2007 | 2550 | 05/18/2007 |
| 39 | STINE, MIKEAL GLENN | 09ca | 94-17129 | 12/07/1994 | 1890 | 11/08/1995 |
| 40 | STINE, MIKEAL GLENN | 09ca | 99-10337 | 07/27/1999 | 0 | 12/22/2000 |

Appellate Cases

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 41 | STINE, MIKEAL GLENN | 10cae | 07-1043 | 02/01/2007 | 2550 | 05/18/2007 |
| 42 | STINE, MIKEAL GLENN | 10cae | 07-1117 | 03/26/2007 | 2550 | 05/18/2007 |

**B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

    If your answer is no, explain why not _____
    _____
    _____

3.  Is the grievance procedure completed? ☒ Yes   ☐ No    SEE PAGES ( 7 ) -Through- ( 28 ) ATTACHED HERETO.

    If your answer is no, explain why not _____

4.  Please attach copies of papers related to the grievance procedure.  SEE PAGES ( 7 ) through ( 28 ) ATTACHED HERETO

    * PAGE 2-A *

**C. JURISDICTION**

This complaint alleges that the civil rights of plaintiff (MIKEAL STINE) + (RAYMOND OECHSIE)
(print plaintiff's name)

who presently resides at USP-Florence ADX, P.O. Box 8500, FLORENCE, Colorado, 81226
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

SAN Bernardino County JAIL West VAlley Detention Center/ 9500
(institution/city where violation occurred)
Etiwanda Avenue, Rancho Cucamonga, California, 91739 And
its STAFF being Lt. Trotter; SGt. D. Florence; And Sgt.
Mahoney.

on (date or dates) ON Dec. 8Th - Through Dec. 21st 2007

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant San Bernardino WVDC /County Jail _____ resides or works at
(full name of first defendant)
9500 Etiwanda Ave. Rancho Cucamonga, CA. 91739
(full address of first defendant)
SAN Bernardino WVDC / County JAIL
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:
AS SAN Bernardino County JAIL / Housing Plaintiffs
_____

2.  Defendant Lt. Trotter _____ resides or works at
(full name of first defendant)
9500 Etiwanda Ave, Rancho Cucamonga, CA. 91739
(full address of first defendant)
Lt. of WVDC/SAN Bernardino County Jail
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law: AS Correctional Lt./Supervisor
of SAN Bernardino West VAlley Detention Center,
_____
_____

3. Defendant   Sgt. D. Florence
(full name of first defendant)                                                    resides or works at

9500 Etiwanda Ave. Rancho Cucamonga, CA. 91739
(full address of first defendant)

Correctional Sgt. WVDC
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

As Corr. Sgt. San Bernardino County West Valley Detention Center
And Jail Supervisor;

4. Defendant   Sgt. Mahoney
(full name of first defendant)                                                    resides or works at

9500 Etiwanda Ave. Rancho Cucamonga CA. 91739
(full address of first defendant)

Correctional Sgt. WVDC.
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

As Correctional Sgt./San Bernardino West Valley Detention Center
And Jail Supervisor;

**CIVIL RIGHTS COMPLAINT**
- 4 -

**D.  Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1:  The following civil right has been violated: Each Plaintiff's Right of
_____
(E.g., right to medical care, access to courts,

MEANINGFUL Access To The Courts Were Willfully Violated.
_____
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 1. State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

ON 12/8/07 Plaintiffs Stine And Oechsle Were Placed in the SAN Bernardino County Jail As defense "Material Witnesses" in USA Vs. SAhakieu et al. No. CR-02-938-VAP USDC/Riverside. Supervising United STATES Marshal O'Connor Advised on 12/8/07 to SAN Bernardino County Jail West Valley Detention Center AT Rancho Cucamonga, Calif. That Plaintiffs Stine And Oechsle Were NOT Disciplinary And Were Co-Plaintiffs Pro-Se before Several Courts Specifically USDC-Colorado With immecient Court deadlines such As 12/10/07 & 12/15/07 And Would Require The USE of Law Library, While Housed AT West Valley Detention Center, To Sgt. D. Honore. SEE: OECHSIE REQUEST ATTACHED AS EXHIBIT (1) Plaintiff Stine's Requests Were Never Returned "However" — — — SEE: STINE Exhibits 1-Through 14 in Support, As Well OECHSIE's Exhibits (1) (15) (16) (17) (18) (19) And (20) in Support of Claims.

⎯⎯⎯⎯⎯⎯⎯ Plaintiffs With Due Diligence MAde both Verbal And Written Requests To USE Law Library To Meet their USDC Deadlines And Showed Officials To include All NAmed officials USDC Court Orders Showing They Were Co-Plaintiff Pro-Se As Well Had individual CASES With Deadlines EACH Must meet. All DefendAnts Responded that ONLY SAN Bernardino County Defendants With A SAN Bernardino County Court order Would be Allowed To USE Law Library, And No Federal Prisoners Housed AT SAN Bernardino County Jail WVDC (Denying Meaningful Access To Courts) SEE: Bounds Vs. Smith 430 U.S. 817 (1977) "Supplement PAGE Attached"

*  Continued AT PAGE 5-A  *

**D.  Causes of Action** CONTINUED :

— NOTE Lieutenant J. Trotter; Sgt. D. Florence And Sgt. Mahoney STATEd you federal Prisoners Think your SPecial And This is SAN Bernardino County And only County INMATES Will USE THE LAW Library HERE AT — SAN BERNARDINO County JAIL; Further Per-United STATES MARSHAl ContrAcT For Housing Federal Prisoners, SAN Bernardino County is To Provide Indigents Such AS Plaintiffs With Postage To; Courts; Attorneys And U.S. Representivites, AT SAN Bernardino County JAIL Each Plaintiff Never Had Any funds While Their, And EACh NAMed Defendants Refused EAch Plaintiff, PAPer, Envelopes or Postage To Write Courts And Attorneys, And Allowed each Plaintiff to miss Court Deadlines, Which STATEd A Viable Claim for interference With Plaintiffs first Amendment Right To Petition redress of Grievances And Willfully CAused ActuAl injury To Their Pending litigations by missing Deadline And Not being supplied PAPer & Postage To File Needed Motions SEE; LEWIS Vs. CASEY, 518 U.S. 343, 349, 351 (1996) And Gluth Vs. KAnsas, 951 F.2d. 1504 (9TH Cir. 1991), each defendant Were Advised And Showed they must Allow Federal inmates (Themselves Access To LAW Library) And each STATEd To Sue Them, further Showing Their intentional Denial of Access To The Courts.

* PAGE (5-A) *

CIVIL RIGHTS COMPLAINT
— 5-A —

<u>Count 2:</u> The following civil right has been violated: <u>Denied Adequate Medical Care</u>

(E.g., right to medical care, access to courts,

<u>for Serious Medical Condition. 8th Amendment Violations:</u>

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts:</u>   [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

On 12/8/07 San Bernadino County Jail West Valley Detention Center Recieved Plaintiffs Stine + Oechsle for Housing And Were Medically Prescribed "Bleeding Ulcer" Medication for Plaintiff Stine by Dr. Jeffry Maga Proscription #4090864 being Famotidine 20 mg, Tabs And Ibuprofen for Pain, Each To be given in Morning And Evening, And if followed from 12/8/07 Through 12/21/07 Would Have Been given To Plaintiff Stine (26) Times, And Plaintiff Only recieved His Proscribed Medication (7) Times Total in 13 days thereby missing (13) times... NOTE Deputy Wallan And Deputy Melendrez Will Confirm Above. Further Plaintiff Just Had Knee Surgery On Meniscus And ACL And On 12/9/07 Twisted Causing injury; Sgt. D. Florence And Mahoney forced Plaintiff to walk Held by Two unknown Guards And Nurse Did Not Examine Plaintiff stated you walked your okay Never Comming Within 15-feet of Plaintiff Stine All Video Taped 12/9/07. SEE Exhibit (11) Attached orthopedic ordered me put on Crutches but staff Per-orders of Sgt. D. Florence And Mahoney in writing Directed I be Hand-Cuffed Disallowing me to use Crutches And Stated Dr. ordered them, Not that you Must use them! "Further Exhibit (11) States And a X-Ray was Taken, "However" This is a lie by P. Stafford, R.N. Supervisor, "As Never Was Any Sort of XRay Taken" Again Deputy Wallen Vlill Confirm.

Plaintiff Oechsle Was Denied His Needed And Medical Proscribed Seizure Medication Allowing Him to Have Seizures On 12/13/07 And 12/24/07 Causing Serious Injury.

Continued At Page (SC) *

Count 2 CONTINUED: SEE ATTACHED EXHIBIT (18) Concerning SEIZURES And Conduct of SAN Bernardino County JAIL And on 12/20/07 Plaintiff OEchsle Pushed Emergency medical Button of Which WAS "Not" Answered, AT 2000 Hours Plaintiff OEchsle STATED To Deputy I feel like I'm going To HAVE A SEIZure Need to See MEDICAL, the Deputy Ignored Plaintiff And Plaintiff feel out HAving SEizure Hitting His Head, MR. STINE bANgged on Door until Someone Answered And Told Them OEchsle IS OUT on Floor! ThAT He Too HAd been CAlling staff With No Response, OEchsle WAs Then Picked up on CAmerA brough out side door HArd-Cuffed Then ShAckled Dizzy from SEIZure And 5- STAFF on CAmerA Allowed Plaintiff OEchsle To fall Again injurying Himself on cement Floor, Immediately forced to WAlk To Medical Shackled + Dizzy ordered to SEE Doctor of Which WAS Not Provide to Plaintiff OEchsle, The Above Conduct Constitutes 8TH Amendment Violations Pursuant To EStelle Vs Gamble, 429 U.S. 97, 104, 97 S.Ct. 285, 50 L.Ed.2d. 251 (1976) Further SAN Bernardino County Detention Center failed To TAke Action to Abate Injury And Refusing To Answer Emergency CAll Button Constitutes deliberate indifference SEE FArmer Vs. BrennAn, 511 U.S. 825, 847, 114 S.Ct.(1970) 128 L.Ed2d 811 (1920).

Plaintiffs STINE Also Needed Medical Attention Due His Medicine WAS Not brought And STAFF refused To Answer The EmerGency Button on 12/11/07 for Plaintiff SEE Exhibit (6) (21) And (22) ATTACHED; Constituting Willful infliction of unNecessary Pain by Refusing To Answer Emergency Button To get Plaintiff STINES Medication in Violation of 8TH Amendment, "SEE GAmble SuprA".

* Continued At (5-D) *

Count 3: The following civil right has been violated: DUE Process in Violations
(E.g., right to medical care, access to courts,

of 5Th And 14Th Amendment And Outside Recreation.

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

ON 12/8/07 SAn Bernardino County Jail HAd Plaintiffs STine And Oechsle Placed in Protective Segregation without Affording either Any sort of Due Process Hearing or Evidence for needed Placement "NOTE" Plaintiffs Were never brought before Any sort of Classification As All Other 3000 SAN Bernardino County Jail inmates including Other Federal Prisoners. And AT The Directions of Sgt. D. Florence; Sgt. Mahoney And Lt. Trotter Each Plaintiff Requested Release To general Population And Defendants increased Condition on Each Plaintiff That Greatly Exceed Disciplinary Segregation And imposed An Atypical Hardship On Plaintiffs Relevant To A Correctional or County Jail environment in Violation of U.S. Supreme Court mANdATES of Wilkenson VS. AuSTin, (June 2005), SEE; Plaintiffs Exhibits (2) (3) (8) (16) (20) "further" Each Plaintiffs Were denied Outside Recreation When All Other INMATES Received Outside Recreation dATing from 12/8/07 Through 12/21/07 Without Any Due Process Hearing Or Disciplinary TAKing STATed Outside Recreation, NOTE ordered By Sgt. D. Florence; Sgt. Mahoney And Lt. J. Trotter AS means of Retribution And Retaliation.

**\* CONTINUED AT PAGE (5-E) \***

Count **4**: The following civil right has been violated: <u>UNSAFE Housing And Medical</u>
(E.g., right to medical care, access to courts,

<u>TREATMENT: Deliberate In Difference And Cruel Unusual Punishment.</u>
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:   [Include all facts you consider important to Count 2. State what happened clearly and in your
own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by
name*, did to violate the right alleged in Count 2.]

Plaintiffs STINE And OEchsle State that Sgt. D. Florence; Sgt.
Mahoney And Lt. Trotter Placed EAch Plaintiff in Deep Isolation
above Disciplinary Segregation "without ANY sort of Violation of
Rules or Due Process Hearing" STAFF Are " TOO MAke Safety
Checks every 30 minutes; However AT START of Shift STAFF
would fill out Check Form for The Entire Shift And would
Only Come in To Feed Plaintiffs. The Cells Are EAuipped with
Emergency Duress Assistance Button So inmate Can Summons
Medical Help." FROM 12/8/07 Through 12/21/07 "Both Plaintiffs
(Stine And OEchsle) Were NOT Given Their Prescribed Medication
And STAFF Would NOT Answer The Duress Button; And ON
12/13/07 Plaintiff OEchsle HAD Seizure "And Prior To Passing
out Plaintiff OEchsle felt Seizure Comming on And HAD NOT
been Provided His Medically Prescribed SEIZure Medication
And Pushed Duress Button; And STAFF Would NOT Answer,
Plaintiff STINE Also Pushed His Button To Get Assistance
for Plaintiff OEchsle And STAFF Would NOT Answer His Duress
Button Either And Plaintiff OEchsle Fell Down Having Seizure
Hitting His Head And Bleeding. " STAFF NEVER Came FOR Hours
And ON 12/14/07 U.S. Marshal O'Connor Came To See Plaintiff
Stine + OEchsle in Which Foregoing matter Was addressed And
Plaintiffs Were told that the U.S. Marshal O'Connor Was going
To Move Plaintiffs from SAN Bernardino West Valley
Detention Center That Stated Conditions Were Uncalled For
And left.                     ✱ CONTINUED AT (S-F) ✱

CIVIL RIGHTS COMPLAINT

Count (4). CONTINUED:

"ON or about 12/20/07 at approximately 2000 Hours" Plaintiff Stine And Oechsle HAD Not been given Their Medically Prescribed Medication And MR. OECHSLE'S WAS SEIZURE Medication Both Pushed Emergency Duress button for Their Medication And No Staff Would Answer, Plaintiff OECHSLE told Plaintiff STINE Get Me Some Help I'm feeling the beginning of A Seizure... And at about This Time Deputy Came in And Both Told Them To Get their medication And OECHSLE STATED "Get me Medical I'm A feeling Seizure, The Deputy Smiled And Walked off. Approximately 1-hour Passed And Plaintiff STINE Got Attention of Another Staff" Whom found MR. OECHSLE in Seizure State, on Floor With Forehead Busted Open large lump & Bleeding, At Approximately 2110 Hours 12/20/07 Summoned Medical Help And Discovered OECHSLE HAD Not Recieved His Medication Due Hours before this Seizure", And Stated Thats Common Here, "We Have Over 3000 Inmates". And Confirmed Emergency Duress Buttons of Stine & Oechsle Were Working And Could Not Answer Why Deputy AT 2000 Hours Failed To Get medical When Advised that Neither Stine or OECHSLE HAD Recieved their Medication And OECHSLE'S STATEMENT I Feel Like I'm Fixing To Have Seizure When "if Medication HAD been Given ON Time And Medical Summoned AT 2000 Hours When OECHSLE And STINE Told Him the Seizure And Injury To Head Could Have been Abated." When Medical Did Arrive AT Approximately 2110 HRS, With About 6-8 Guards And Nurse All Was Video Taped, Staff Took Plaintiff OECHSLE From His Cell C-7 HAnd-Cuffed And Demanded Plaintiff OECHSLE be Hand-Cuffed & Shackled Even —

CIVIL RIGHTS COMPLAINT

Continued At 5-G

Count (4) CONTINUED:

~Though Bleeding And Dizzy, Staff Would Not Hold Plaintiff Oechsle Stating lift Your foot Standing On One Foot To Shackle Oechsle, And Oechsle On Camera Tumbled over Hand-Cuffed Hitting Solid Concrete Floor. Note At Least 6-8 Staff Present And None Attempted To Prevent Oechsle's Second Fall Again Causing Further Injury And Was All On Tape. (video Camera) 12/20/07. Its Further Stated Each Plaintiff Oechsle & Stine Were Prescribed Medication Morning And Evening by Jail Doctor, And Frm 12/8/07 Through 12/20/07 Should Have received Medication (24) times And Records Will Show Neither Stine or Oechsle Refused their Medication, However Not Given To Plaintiff or Within time Periods ordered.

The forgoing Acts Of San Bernardino County Jail & Staff Supervisors Lt. Trotter, Sgt. D. Florence And Sgt Mahoney Were Directly Involved And Responsible As Shift Sgt. / Lt. etc. Supervisors To Ensure Plaintiffs Stine And Oechsle Received their Medication And Were Housed in Safe Environment, The Conduct Of Staff incarcerated Plaintiffs in unsafe Conditions/unadequate medical Care /Cruel + unusual Punishment And failed To Take Corrective Action To abate Injury And Conditions SEE: FARMER VS. Brennan, 511 U.S. 825, 847, 114 S.Ct. 1970, 128 L.Ed. 2d. 811 (1970). The Ddayof Medication once Prescribed by Doct. Violates 8th Amend. SEE: Estelle Vs. Gamble 429 U.S. 97, 104, 97 S.Ct. 285, 50 L.Ed. 2d. 251 (1976), Further SEE: Rouse VS. Plantiers 182 F.3d. 192, 197, (3rd Cir. 1999) Citing Estelle, 429 U.S. AT 104. (END OF CLAIMS).

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): _Immediate Order That All Inmates Be Allowed To USE Law Library To include Federal Inmates And Indigent Legal Mail be Posted daily By San Bernardino County Jail officials._

2. Damages in the sum of $ _100, 00, 00_ .

3. Punitive damages in the sum of $ _100, 00, 00_ .

4. Other: _Special Monitor Appointed for 36-months_

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court.  (Choose one.)

**G.  Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge.  The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases.  Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

I declare under the penalty of perjury that the foregoing is true and correct.

_1/14/08_
Date

_Michael J. Stine_
Signature of Plaintiff

_1/14/08_
Date

_Raymond Oechsle_
Signature of Plaintiff

EXHIBIT (1)

Unit 2

SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
DETENTION AND CORRECTIONS BUREAU

## INMATE REQUEST SLIP

Raymond Oechsle                0712341071

Name of Inmate                 Booking #

AD Seg 2                       12-9-07

Housing Location               Date of Request

I RESPECTFULLY REQUEST to use the Law Library. I'm under an imminent Deadline. Could I use the Law Library with my CoPlaintiff MiKeal Glenn Stine? Willing to Go in there At Any time.

(USE REVERSE SIDE FOR ADDITIONAL SPACE)

Law Library is for the Inmates only due to Overcrowding

Deputy Reviewing/Completing/Request          Date

GHRC P.S.#1007

- 7 -

EXHIBIT (1)

SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
DETENTION AND CORRECTIONS BUREAU

☐ ADC
☒ WVDC
☐ CDC
☐ GHRC
☐ OTHER _____

Exhibit (2)

## INMATE GRIEVANCE INVESTIGATION

Date  12/10/07 _____     Grievance #  0734612035

Inmate's Name  Stine, Mikeal _____     Booking #  0712341072

Investigation Conducted By  Dep. S. Thies _____     Employee #  B4679

### SUMMARY OF COMPLAINT AND FINDINGS

Complaint:
Inmate Stine alleges he has been denied access to the Law Library.  He also claimed that he is improperly classified as Segregated Protective Custody.

Findings:
The United States Marshal transported Stine to WVDC on Friday, December 7, 2007.  He is currently testifying as a federal witness in Riverside.  Inmates with an issuance of a Superior Court order granting Pro Per status are allowed Law Library access only during weekdays.

Stine was classified as Segregated Protective Custody because of his current Aryan Brotherhood drop-out status and instructions left by the USM office.

**INMATE COPY PLEASE DELIVER**

### ACTION TAKEN

Greivance answered.

Interim responce, a copy was sent to Sergeant Dorrough from Support Services for further review.

SGT- DORROUGH WILL ANSWER LAW LIBRARY ISSUE — JT
                                                              12/11/07

Reviewed By  _Jack Trotter_____     Approved By  _Jack Trotter_____
                 Duty Lieutenant                           Facility Administrator

Written reply given to inmate on _____  At _____  By _____
                                        Date                Time            Print Name

This complaint has been discussed with me and I have been advised of the findings.

_Mikeal J. St_____          12/12/07
        Inmate Signature                      Date

☐ Original:  Inmate's Booking Jacket      ☐ Copy:  Inmate      ☐ Copy:  Administration

Exhibit (2)

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
DETENTION AND CORRECTIONS BUREAU**

☐ ADC
☒ WVDC
☐ CDC
☐ GHRC
☐ OTHER

Exhibit (3)

## INMATE GRIEVANCE INVESTIGATION

---

Date **12/10/07**                                   Grievance # _____

Inmate's Name  **Mikeal Stine**                     Booking #  **0712341072**

Investigation Conducted By  **Sgt. R. Dorrough**     Employee #  **D0478**

### SUMMARY OF COMPLAINT AND FINDINGS

Inmate alleges he is being denied access to the law library. He alleges he has an "immenint court deadline". He also alleges that Sgt. Florence and Sgt. Mahoney acted unprofessionally. He also alleges he is being denied medical care for a twisted left knee. He is also requesting forms to file federal complaint.

FINDINGS: This inmate is housed at WVDC from a Federal Prison to testify as a federal witness in Riverside. He was originally only going to housed until 12/14/07 but that was extended until 12/21/07. He does not have a criminal case in San Bernardino County nor does he have a San Bernardino County court order for prp per status in San Bernardino County. //
If he has an injury he should submit a medical request slip to be seen at sick call. It is only his openion that the Sergeants mentioned acted unprofessionally. His "immenint court deadline" has passed. We currently have a full schedule of pro pers in the law library working on San Bernardino County criminal cases. It would have been inpossible to get this inmate into the schedule on such short notice. We have San Bernardino County inmates that we have a difficult time getting into the law library. //
The forms he requested are attached.

### ACTION TAKEN

**None**

### INMATE COPY PLEASE DELIVER

---

Reviewed By  *Jack Trotter*                          Approved By  *Jack Trotter*
                 Duty Lieutenant                                      Facility Administrator

Written reply given to inmate on  12-12-2007  At  1830 HRS  By  K. JOHNSON
                                    Date              Time            Print Name

This complaint has been discussed with me and I have been advised of the findings.

*Mikeal J St*                                        12/12/07
      Inmate Signature                                      Date

---

☐ Original: Inmate's Booking Jacket        ☐ Copy: Inmate        ☐ Copy: Administration

Exhibit (3)

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

☒ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

Exhibit (4)

Inmate's Name **Stine, Mikeah**   Booking # **07-1234-1072**

Housing Location **Ad-Seg II   G-2**   Date of Complaint **12-8-07 Through Present**

Date of Incident **12/8/07 - Pres.**   Time of Incident   Location of Incident **Ad-Seg II G-1**

**"NOTE"** This is a Continuing Complaint SEE Initial Grievance # ████ 0734
-12635, NOTE facility States Must Have Pro-Per order From Superior
Court, The facility Should Take Judicial Notice I Have U.S. District
Court Pro-Per Status order of which is (4) levels Exceeding S/B Superior
Court order, Additionally facility trys to imply (only) S/B Cases Are
Allowed Access when they Contract with U.S. Marshals And Cases Im
tried under Rico Here that Took Place All over U.S.

＊ Additionally Supreme Court in
Bounds Vs. SMITH, 430 U.S. 817 (1977) "All INMATES Must Be Allowed
law library Access, Anything less Violates Const. Right of Access
To the Courts SEE: Further: Gluth Vs. Kansas 951. F.2d. 1504
(9th Cir. 1991), The Denial is Causing Actual Injury to Several of
My Cases I'm Pro Se in" SEE: LEWIS VS. Casey 518 U.S. 343,
349, 351 (1996), I WAnt immediate Corrective Action.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature **Mikeal L. Stine**   Date **12/13/07**

DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY

Received By **K. JOHNSON**   Date **12-13-2007**   Time **1432 HRS**
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket    Copy: Inmate    Copy: Administration

Exhibit (4)

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

Exhibit (5)

☒ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

Inmate's Name **MiKEAL STiNE**                  Booking # 07/234/072

Housing Location **Ad-Seg II (G-1)**        Date of Complaint **12/10/07**

Date of Incident **12/10/07**    Time of Incident _____    Location of Incident **Ad-Seg II G-1**

**EXPLAIN YOUR COMPLAINT** include dates, times and names of persons involved

WVDC was Aware that I'm Ro-Per in the following Case Numbers:
06-CV-02105-W4D-PAC; 07-CV-0021-W4D-KLm; 07-CV-00799-W4D-KLm;
07-CV-01248-BNB; 07-CV-01250-W4D-KLm; 07-CV-01839-BNB; 07-
CV-02703-W4D-KLm U.S. District Court Judge Wiley and Daniels
And Had Court Filing Deadlines of 12/10/07, I was And Continue
To be Denied Law Library Access by WVDC + Deputys As
Malicious Support of Sgt. D. Florence and Sgt. Mihenry. The
Acts Have Now Caused Actual Injury of interference with
my First Amendment Right To Petition for redress of wrongs And
demonstrates Actual Injury and Prejudice to litigations. SEE:
Lewis Vs. Casey, 518 U.S. 343, 349, 351 (1996) further the
Denial of law library To Pro-se inmate Constitutes Denial of Access
To the Courts SEE: Bounds Vs. Smith, 430 U.S. 817 (1977) +
Gluth Vs. Kansas, 951 F.2d 1504 (9th Cir. 1991).

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature **Micheal J. St**                  Date **12/10/07**

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By **F. WILLIAMS**
             Employee's Name (please print)              Date **12-10-07**    Time **2028**

Grievance # _____    Date _____    Assigned to _____

Original: Inmate's Booking Jacket          Copy: Inmate          Copy: Administration

— 11 —

Exhibit (5)

ASU#050401

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

☒ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

*Exhibit (6)*

Inmate's Name __Stine, Mikeal, G__    Booking # __07123410?2__

Housing Location __Ad-Seg, II G-1__    Date of Complaint __12/11/07__

Date of Incident __12/11/07__    Time of Incident __0830__    Location of Incident __Ad-Seg II G-1__

Staff working Cooms from 2000 hrs 12/11/07 -Through 0800 hours 12/12/07 Will Not Answer or Acknowledge the call button in the cells, Note other Staff other Shifts' have confirmed Nothing Wrong, Note This refusal to Answer The Call button Places' inmate lifes at Stake And Demonstrates unProfessional conduct by Sheriff's Detention officers, And due Placing inmate lifes at Stake due conduct, constitutes 8th Amendment Violation And Actionable Pursuant To 42 USC 1983, I Request immediate Corrective Action, Note Button approximately 0830 Hours 12/12/07 Still Not Acknowledging or Answering Stated Call Button — Thank you —

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature __Mikeal G. St__    Date __12/12/07__

**DO NOT WRITE BELOW THIS LINE — STAFF USE ONLY**

Received By __F. Diaz  C-7194__    Date __12/12/07__    Time __1415__
Employee's Name (please print)

Grievance # _____    Date _____    Assigned to _____

Original: Inmate's Booking Jacket    Copy: Inmate    Copy: Administration

-12-

*Exhibit (6)*

ASU#050401

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

Exhibit (7)

☒ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

Inmate's Name **STINE, Mikeal Glenn,** _____   Booking # ▓▓▓▓ 0712341672

Housing Location **Ad-Seg II G-1** _____   Date of Complaint **12/12/07**

Date of Incident **12/12/07**   Time of Incident **1600 hrs**   Location of Incident **Ad-Seg II G-1**

▓▓▓▓ EXPLAIN YOUR COMPLAINT ▓▓▓▓

This Date Staff Attempted To Get me to Sign A medical
Refusal Slip And Would Not Allow me to Make a Statement
of which Shows my Reasons of which are Contrary
To facts Stated By WVDC. Whereas facts are Not
Stated Correctly And ERRoneously... Then Staff State
you want me to Confirm + Sign WVDC created a
definite Environment of which Any Person would Refuse
And then Claims one Refuses medical treatment NOTE
Conditions to Receive medical Treatment Violate Conditions
of United States Court Order And Places me in
Jeopardy to Comply with NON-Policy Conditions imposed
on me and violate 8th Amendment.

_(ATTACH ADDITIONAL PAGES IF NEEDED)_

Inmate Signature **Mikeal J. Stine**   Date **12/12/07**

▓▓▓▓ DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY ▓▓▓▓

Received By **K Johnson**   Date **12-12-2007**   Time **1830 HRS**
_____ Employee's Name (please print) _____

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket        Copy: Inmate        Copy: Administration

Exhibit (7)

ASU#050401

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

WVDC ☒
CDC ☐
GHRC ☐
☐

☐ INITIAL INMATE GRIEVANCE
☒ GRIEVANCE APPEAL

EXHIBIT (8)

Inmate's Name STINE, MIKEAL, L.                Booking # 0712341022

Housing Location Ad-Seg II G-1          Date of Complaint 12/13/07

Date of Incident 12/8 Through present    Time of Incident 0100    Location of Incident Ad-Seg II G-1

Pursuant To Initial Grievance + Response I'm Classified Protective Seg.
Due My Drop-Out Status from Aryan Brotherhood And Instructions of
U.S. Marshal, However, No Classification Due Process Hearing Held As
Mandated by Wilkerson US Austin (June 2005) Which Mandates Due
Process Hearing before Placement, And I be Allowed to make statement,
Refute evidence And Present Evidence, None was afforded.

＊ Additionally No Evidence I was ever A/B
And if so No evidence I've dropped out, Nov 29 2007 U.S. Dist Court
Judge Daniels Stated (2) Page order No Need for Protective Seg, Further
U.S. Marshal Can Not Order me in Protective Seg without evidence
of my Request Wilkerson SUPRA, Further I Testifying for
Aryan Brotherhood Defense Not Against And I'm from ADX
Federal Penitentiary General Population With No ?? A/B, So
if Shows No Need, And I want released To G.P.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature Mikeal L. St          Date 12/13/07

DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY

Received By DEP. MELENDREZ          Date 121307    Time 2030
Employee's Name (please print)

Grievance # _____ Date _____ Assigned to _____

Original:  Inmate's Booking Jacket          Copy:  Inmate          Copy:  Administration

EXHIBIT (6)

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC

Exhibit (9)

☐ **INITIAL INMATE GRIEVANCE**    ☐

☒ **GRIEVANCE APPEAL**

Inmate's Name __Stine, Mikeal, Glenn__    Booking # __0712341072__

Housing Location __Ad-Seg II (6-1)__    Date of Complaint __12/16/07__

Date of Incident __Since 12/8/07__    Time of Incident __N/A__    Location of Incident __Ad-Seg, II (-)__

**EXPLAIN YOUR COMPLAINT**

I've filed Initial Grievances ON: Access To Court/Law Library,
Inadequate Medical Care/Delivery of Medication, No Outs. or Recreation,
No Envelope Provided/Postage for legal mailing Copies of Legal
Motions & Exhibits for filing in Federal Court, And SAN Bernardino
County West Valley Detention Has failed To Address, Where for
I'm filing final Grievance Appeal As Required by (PLRA)
before filing the Federal Suit Pursuant To 28 USC 1331, 1343
And 42 USC 1983, Defendants are Sgt. D. Florence; Sgt.
Maloney; W. Trotter And San Bernardino County West Valley
Detention Center for Violating Above Secured Rights under
1st 5th 8th And 14th Amendment, The foregoing Acts Have
Caused Injury And Discrimination Against USM-Prisoners
"Federal Suit Pursuant To Above Statutes And Additional Cites
under 28 CFR Will be filed USDC/U.S. Dist. Court,

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature __Mikeal G St__    Date __12/16/07__

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**

Received By __DEP. WALLEN__    Date __12/16/07__    Time __1730 HRS__
Employee's Name (please print)

Grievance # _____    Date _____    Assigned to _____

Original: Inmate's Booking Jacket    Copy: Inmate    Copy: Administration

-15-

Exhibit (9)

ASU#050401

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

☒ WVDC
☐ CDC
☐ GHRC
☐

☒ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

EXHIBIT (10)

Inmate's Name **Stone, Mikeal, Glenn**    Booking # **0712341092**

Housing Location **Ad-Seg II G-1**    Date of Complaint **12/19/07 / 1030 Hrs.**

Date of Incident **12/17/07**    Time of Incident **1030 Hrs**    Location of Incident **Ad-Seg II G-1**

**EXPLAIN YOUR COMPLAINT (include dates, times and persons involved)**

I'm Prescribed omperzole, Tagment And Zantac by Medical Ducter for ulcer And Acid Reflex to be given morning And Evening, This is further Prescribed by WVDC Ducter in Addition to U.S. Penitenciary Dr. Nafziger At Florence Ad-max/ADX. The Denial + Delay Causes Unnecessary Pain And further Complaints The Conditions In Violation of U.S. 8th Amendment. SEE: Estelle Vs. Gamble, 429 U.S. 97, 104 97.S.Ct. 285, 50 L.Ed.2d 251 (1976), "Once Prescribed by Ducter" the Delay or Denial To issue As Prescribed Violates Inmates 8th Amendment, Actionable Persuant To 42-USC 1983 And 28 USC 1331, 1343, Citing Estelle, 429 U.S. at 104, "Note" I've only been given 4 Times Since 12/5/07 And Should Have Received morning + Evening Cumming to (18) Times. This further Constitutes Deliberate Indifference to Medical Needs Citing Estelle "Supra." (Supplement) Attached

**(ATTACH ADDITIONAL PAGES IF NEEDED)**

Inmate Signature *Mikeal G. St*    Date **12/19/07**

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By **DEP. S. WALLEN**    Date **12/19/07**    Time **1449 Hrs.**
**Employee's Name (please print)**

Grievance # _____    Date _____    Assigned to _____

Original: Inmate's Booking Jacket    Copy: Inmate    Copy: Administration

EXHIBIT (10)

ASU#050401

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

### INMATE MEDICAL
### GRIEVANCE INVESTIGATION

*Exhibit (n)*

☒ WVDC Medical
☐ GHRC Medical
☐ CDC Medical
☐ ADC Medical

2ASI

Date __12/11/07__

Grievance # __0734MG12013__

Inmate's Name   __Stine, mikeal__

Booking # __0712341072__

Investigation Conducted By   __P. Stafford, RN, Supervisor__

Employee # _____

## SUMMARY OF COMPLAINT AND FINDINGS

**Complaint;** You say you reinjured your knee. You feel your constitutional rights are being violated. You feel you are not receiving proper medical care.

**Findings;** A review of your medical record indicates you were evaluated by a nurse when you complained of knee pain on 12/9/07 and were uncoopertive with the staff. You were referred to doctor sick call and an x-ray was taken. A consult was obtained with orthopedic doctor at ARMC.

*Never Done*

## ACTION TAKEN

No further action taken at this time.

Reviewed By _____
Nursing Supervisor

Approved By _____
Health Services Administrator

Written reply given to inmate on _____ At _____ By _____
Date                                Time              Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____                    __12/17/07__
Inmate Signature                                Date

☐ Original:  Inmate's Medical Record          ☐ Copy:  Inmate

ASU#050402M

- 17 -

*Exhibit (n)*

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

☐ ADC
☒ WVDC
☐ CDC
☐ GHRC
☐ OTHER _____

## INMATE GRIEVANCE INVESTIGATION

Date  **12/13/07**

Grievance #  **0734G12048**

Inmate's Name  **Mikeal Stine**

Booking #  **0712341072**

Investigation Conducted By  **Sgt. R. Dorrough**

Employee #  **D0478**

### SUMMARY OF COMPLAINT AND FINDINGS

Inmate alleges he is being denied law library access.

**FINDINGS:** This grievance has been asked and answered. This inmate is at WVDC from Federal prison as a witness. Our law library is currently full with San Bernardino County inmates in pro per. This inmate not being allowed to come to the law library is not in support of any Deputy or Sergeant at WVDC. The grievance system is in place to redress alleged wrongs.

### ACTION TAKEN

**None**

INMATE COPY PLEASE DELIVER

Reviewed By _____ _Jack Tritton_ _____
Duty Lieutenant

Approved By _____ _Jack Tritton_ _____
Facility Administrator

Written reply given to inmate on _____ At _____ By _____
                                    Date          Time          Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____          _____
Inmate Signature                              Date

☐ Original: Inmate's Booking Jacket      ☐ Copy: Inmate      ☐ Copy: Administration

SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
DETENTION AND CORRECTIONS BUREAU

☐ ADC
☒ WVDC
☐ CDC
☐ GHRC
☐ OTHER _____

## INMATE GRIEVANCE INVESTIGATION

*Exhibit (13)*

Date  __12/17/07__                          Grievance #  __0734G12047__

Inmate's Name  __Raymond Oechsle__          Booking #  __0712341071__

Investigation Conducted By  __Sgt. R. Dorrough__          Employee #  __D0478__

### SUMMARY OF COMPLAINT AND FINDINGS

Inmate alleges his 1st amendment rights are being violated because he is not being allowed to go to the law library.

FINDINGS:  The WVDC law library is for inmates granted pro per status for criminal cases in San Bernardino County.  We currently have a over filled pro per schedule.  This inmate was sent down from prison as a witness.  If he has a state case he is pro per on while he is here we do not have room even for San Bernardino cases.

### ACTION TAKEN

None.

**INMATE COPY PLEASE DELIVER**

Reviewed By  ___P.L.___
                Duty Lieutenant

Approved By  ___Lt. Plaskie  17-18-07___
                Facility Administrator

Written reply given to inmate on  _____  At  _____  By  _____
                                    Date          Time          Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____                    _____
     Inmate Signature                                    Date

☐ Original:  Inmate's Booking Jacket          ☐ Copy:  Inmate          ☐ Copy:  Administration

*Exhibit (13)*

☑ WVDC
☐ GHRC
☐ CDC
☐ Other:

## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## HEALTH SERVICES REQUEST

| 12/14/07 | Stine | Milkel | Glenn |
|---|---|---|---|
| **DATE** (Fecha) | **LAST NAME** (Apellido) | **FIRST** (Primer Nombre) | **MIDDLE** (Segundo) |

| D712341022 | | 2/8/58 | Ad-Seg E G1 |
|---|---|---|---|
| **BOOKING NUMBER** (Numero De Prisionero) | | **DATE OF BIRTH** (Fecha de nacimiento) | **HOUSING LOCATION** (Unidad de vivienda) |

**CHECK ONE BOX:** ☒ MEDICAL  ☐ DENTAL  ☒ MENTAL HEALTH
(Marque una)  (Medico)  (Dental)  (Salidad Mental)

**PROBLEM:** I'm Told My Stomach Medication was directed, when
(Problema) I Need it Morning & Evening. I'm Taking Co.... which I'm not Receiving. Medications or Refusals
"Nite I was Told No meds by Nurse and Missing Meds hurt Me....

**ALLERGIES:** None
(Alergias)

**WHEN WAS YOUR LAST VISIT TO THE JAIL NURSE OR DOCTOR?** 12/14/07 ....
(¿Cuando fue la ultima visita con el doctor o enfermera?)
**WHEN IS YOUR NEXT COURT DATE?** No Date Visible
(¿Cuando es la próxima fecha que va a corte?)

**THERE WILL BE A CO-PAY FEE OF $3.00 FOR INMATE-INITIATED, NON-EMERGECY HEALTH CARE SERVICES PROVIDED. CERTAIN HEALTH CARE SERVICES ARE EXEMPT FROM THE FEE.**
(HAY UN CARGO DE TRES DOLARES POR SERVICIOS MEDICOS SOLICITADOS POR PRISIONERO QUE NO SEAN CASOS DE EMERGENCIA. CIERTOS SERVICIOS DE CUIDADO DE SALUD SON EXCLUIDOS DEL CARGO.)

**Inmate's Signature:** Mikel H Jr
(Firma)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### MEDICAL STAFF RESPONSE

RN/MD S/C (DATE): _____          Dental/Mental Health Referral ☐

Requested ............. and ................. order ...........

| 16 07 | 000 | Schedule ... |
|---|---|---|
| **Date** | **Time** | **Health Care Provider** |

**Distribution:**    White/Yellow – Medical Staff          Pink – Inmate

– 2D –

GIVE TO INMATE

Exhibit (4)

Exhibit

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

Exhibit (5)

☒ WVDC
☐ CDC
☐ GHRC
☐

☒ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

Inmate's Name: Raymond Orchale        Booking #: 071324671

Housing Location: AD SG 2 G 2        Date of Complaint: 12-10-07

Date of Incident: 12-10-07    Time of Incident: _____    Location of Incident: WVDC L2

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved)

WVDC is aware that I'm A Pro-Per litigant. I've missed A Court Deadline on 12-10-07, in front of Judge Wiley Daniels. Case Number: 07-cv-01934-BN I need access to the Law Library. At this time WVDC continues to deny me access to the Law Library. These Acts of Interference have caused Actual Injury Violating my First Amendment Rights.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature: Raymond Orchale        Date: 12-10-07

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By: E WILLIAMS        Date: 12-10-07    Time: 2026
                Employee's Name (please print)

Grievance #: _____    Date: _____    Assigned to: _____

Original: Inmate's Booking Jacket        Copy: Inmate        Copy: Administration

- 21 -

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
Detention and Corrections Bureau

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

Exhibit (16)

☒ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

Inmate's Name: Raymond Oechsle        Booking #: 0712341071

Housing Location: AD Seg 2 G-2        Date of Complaint: 12-13-07

Date of Incident: 12-9 to 12-13  Time of Incident: Ongoing    Location of Incident: AD Seg 2 G-2

**PLEASE PRINT YOUR COMPLAINT**

I'm locked down without Law Library Access in extreme isolation under protective Segregation with conditions more harsh than Disciplinary Segregation. I'm denied outside recreation ETC... All of the above was done without allowing me anytype of hearing, classif. or Due Process, that's mandated by "The U.S. Supreme Court" in Hewet Vs Helms (1994) & the June 2005 Mandate of U.S. Supreme Court Wilkinson Vs. Austin. The Conditions when taken together exceed an Atypical & Significant Hardship in A Jail/Correctional environment violating the 1st, 5th, 8th, And 14th Amendment. I've filed numerous Request "to Staff" About this Matter. No Action Taken.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature: Raymond Oechsle        Date: 12-13-07

**DO NOT WRITE BELOW THIS LINE = STAFF USE ONLY =**

Received By: K. Johnsou
Employee's Name (please print)        Date: 12-13-2007    Time: 1436 HRS

Grievance # _____  Date _____  Assigned to _____

Original: Inmate's Booking Jacket        Copy: Inmate        Copy: Administration

-22-

Exhibit (16)

ASU#050401

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

Exhibit (17)

☒ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

Inmate's Name **Raymond Oechsle**    Booking # **0712341071**

Housing Location **AD Seq 2 G-2**    Date of Complaint **12-13-07**

Date of Incident **12-9 to Present** Time of Incident **Ongoing**    Location of Incident **AD Seq 2 G-2**

**EXPLAIN YOUR COMPLAINT** (include dates, times, and names of persons involved)

"Note" This complaint is ongoing WVDC is causing additional injury to my Federal Case #07-CV-01839-BMB in which my imminent Court deadline passed without my response due WVDC disallowing me requested Law Library Access. Now Pursuant to Lewis V. Casey 518 U.S. 343, 344, 351, (1116) As the denial is tolled me from filing motions to show Why I Failed to Comply with Deadline. I have U.S. Federal District Court Order for Pro-Se status. Your Acts Knowingly Deny U.S. Marshal Prisoners Access to the Courts. I Request Access to the Law Library to Prevent Further injury to my cases. All Inmates must be allowed law Library Access. Anything less violates Const. Right ▓▓▓ of Access to the Courts.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature **Raymond Oechsle**    Date **12-13-07**

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By **DEP. MELENDREZ**    Date **12/13/07**    Time **2031** /mb

Employee's Name (please print)

Grievance # _____    Date _____    Assigned to _____

Original: Inmate's Booking Jacket    Copy: Inmate    Copy: Administration

Exhibit (17)

-23-

ASU#050401

## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
### Detention and Corrections Bureau

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

EXHIBIT (16)

☒ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

Inmate's Name __Raymond Oechsle__    Booking # __0712341071__

Housing Location __AD Seg 2 G-2__    Date of Complaint __12-13-07__

Date of Incident __12-11 to pres__ Time of Incident __Day shift__ Location of Incident __AD Seg 2 G-2__

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved)

On 12-11-07, 12-12-07 & 12-13-07, the Dayshift officers Would not answer the Emergency Call Button. At times, I pushed the Emergency Call Button for over two hours on the above Dates. The Refusal of Staff to Answer the Emergency Call Button places my life in danger and demonstrates unprofessional Conduct by Staff. The harsh Conditions I'm under have produced extreme Stress & Seizures. This Constitutes An 8th Amendment Violation These Emergency Call Button's need to be Fixed. I'm respectfully requested 4 Copies of 42 USC 1983/Bivens Action & 2 Motion's to Proceed in Forma Pauperis.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature __Raymond Oechsle__    Date __12-13-07__

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By __DEP. MELENDREZ__    Date __121307__    Time __2030 hrs__
Employee's Name (please print)

Grievance # _____    Date _____    Assigned to _____

Original: Inmate's Booking Jacket    Copy: Inmate    Copy: Administration

-24-

EXHIBIT (16)

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

Exhibit (19)

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

☒ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

Inmate's Name: Raymond Oechsle    Booking #: 0712341071

Housing Location: AD Seq 2 G-2    Date of Complaint: 12-14-07

Date of Incident: 12-8 to Present    Time of Incident: Ongoing    Location of Incident: AD Seq 2

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved)

Why Am I being denied Religious Programs And or Chaplain Services? I have turned in several Requests for A Bible and to speak with the Chaplain about being put on A Religious Diet. I'm not Disciplinary Segregation These Acts Constitute serious Constitutional Violations that are willfully imposed upon me by San Bernardino West Valley Detention Centre & staff from 12-8-07 through Present And I fully intend federal litigations Pursuant to 42 USC 1983 And hereby give Judicial Notice of Above Violations which will be included

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature: Raymond Oechsle    Date: 12-14-07

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**

Received By: K. Johnson    Date: 12-14-2007    Time: 1900 HRS
Employee's Name (please print)

Grievance # _____    Date _____    Assigned to _____

Original: Inmate's Booking Jacket    Copy: Inmate    Copy: Administration

-25-

Exhibit (19)

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC
☐

Exhibit (20)

☐ **INITIAL INMATE GRIEVANCE**
☒ **GRIEVANCE APPEAL**

Inmate's Name **Raymond Oechsle**

Booking # **0712341071**

Housing Location **AD Seg 2 G-2**

Date of Complaint **12-16-07**

Date of Incident **2-8 to Present**  Time of Incident **Ongoing**  Location of Incident **AD Seg 2 G-2**

**EXPLAIN YOUR COMPLAINT** (include dates, times, staff members, persons involved)

I've filed multiple Grievances contesting the illegal conditions of my confinement. Despite this, Nobody has responded to the following: WVDC was aware that I'm A Pro-Se litigant with an imminent Court Deadline, WVDC let this deadline pass & continue to deny me Access to the LAW Library & the Courts, Locked down in extreme isolation. Denied outside Rec, Religious Programs, ETC... All of the Above was done without any hearing, classification, Due Process thats mandated by the U.S. Supreme Court. Taken together these conditions impose an Atypical & Significant Hardship. San Bernardino WVDC & Staff are Knowingly & deliberately violating my 1st, 5th, 8th, & 14th, Amendment Rights under the constitution.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature **Raymond Oechsle**

Date **12-16-07**

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By **DEP. WALLEN**
Employee's Name (please print)

Date **12-16-07**  Time **1547 hrs.**

Grievance # _____  Date _____  Assigned to _____

Original: Inmate's Booking Jacket   Copy: Inmate   Copy: Administration

Exhibit (20)

-26-

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

☒ WVDC
☐ CDC
☐ GHRC
☐

EXHIBIT (Z)

☐ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL** ⟨of #0734G12062⟩

Inmate's Name __Stine, Mike91__   Booking # __0712341072__

Housing Location __Ad-Seg II G-1__

Date of Complaint __12/20/07__

Date of Incident __12/8-Through 12/16__   Time of Incident __N/A__   Location of Incident __Ad-Seg II G-1__

Title 15 Requirements And Requirements of Supreme Court in Fatimer VS Brennan, Were Not Meet, first off Deputies Do Not make Observation Checks ever hour, When officers enter Run They MARK Appears Correct, Additionally Excuse That intercom WAS under Repair during Time Frame Shows And Admits incident happen further No Rule Book etc, issued or Directives on what to use intercom for Were issued And No Disciplinary or Attached statement to support inappropriate use of intercom, The failure To Make Timely Response To intercom Allows Regarding As No Way To Summons Assistance, Note on 12/13/07 Oechsle Had seizure and staff would not Respond To G-1 (Stine) or (Oechsle) Intercom Button Oechsle Awoke on Floor ASK me How Come I Did Not Get Him Help,

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature __Mikel J. St__   Date __12/20/07__

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By __DEP MELENDREZ MLM__   Date __1/27/07__   Time __0043__
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket     Copy: Inmate     Copy: Administration

-27-

Exhibit (Z)

ASU#050401

SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
DETENTION AND CORRECTIONS BUREAU

☐ ADC
☒ WVDC
☐ CDC
☐ GHRC
☐ OTHER _____

*EXHIBIT (22)*

# INMATE GRIEVANCE INVESTIGATION

Date  __12/19/07__                                     Grievance #  __0734G12062__

Inmate's Name   __STINE, MIKEAL__                     Booking #  __0712341072__

Investigation Conducted By   __Sergeant Foster__      Employee #  __F0747__

## SUMMARY OF COMPLAINT AND FINDINGS

**Complaint:**

Stine claims staff failed to respond to his intercom when he pushed the button which put his life in jeapordy.

**Findings:**

Stine is housed in an administrative segregation cell.  A deputy makes a visual observation check of Stine at least every hour.  The observation checks were completed in a timely fashion and he had no medical emergencies.  Title 15 requirements were met.  The intercom is an additional way of communication and it was under repair during that time frame.  Deputies have spoken to Stine several times for the inappropriate use of the intercom for non-emergency issues.  There is no indication Stine's life was in jeapordy.

## ACTION TAKEN

Grievance answered.

### INMATE COPY PLEASE DELIVER

Reviewed By  _Jack Trotter_                    Approved By  _Jack Trotter_
                  Duty Lieutenant                                Facility Administrator

Written reply given to inmate on  _12-20-07_  At _1426_  By  _TAPIA_
                                        Date           Time          Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____                    _____
        Inmate Signature                                    Date

☐ Original:  Inmate's Booking Jacket      ☐ Copy:  Inmate          ☐ Copy:  Administration

*— 28*

*EXHIBIT (22)*

ASU#050402

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**

**I (a) PLAINTIFFS**

### Mikeal Glenn Stine, et al

**DEFENDANTS**

### San Bernardino County West Valley Detention Center

2008 FEB -4 PM 4: 14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**'08 CV 0215 JM AJB**

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Mikeal Glenn Stine
PO Box 8500
Florence, CO 81226
55436-098

Raymond Oechsle
PO Box 8500
Florence, CO 81226
44776-066

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 USC 1331

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury -Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☐ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE

Docket Number

DATE    February 4, 2008

SIGNATURE OF ATTORNEY OF RECORD

CR