**MIKEAL Glenn Stine**
PLAINTIFF/PETITIONER/MOVANT'S NAME

**55436-098**
PRISON NUMBER

**UNITED STATES PENitentiary /ADX**
PLACE OF CONFINEMENT

ADDRESS
United STATES Penitentiary/ADX
P.O. Box 8500
Florence, Colorado, 81226

FILED
2008 FEB -4 PM 4:14
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ RM _____ DEPUTY

# United States District Court
## Southern District Of California

**'08 CV 0215 JM AJB**

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MIKEAL Glenn STINE, et. al.,
Plaintiff/Petitioner/Movant

v.

SAN Bernardino COunTY WEST VAlley Detention Center, et.al.,
Defendant/Respondent

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, **MIKEAL Glenn Stine #55436-098**, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?              ☐ Yes ☒ No
   Do you receive any payment from the institution?  ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                       ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  1978  U.S. Air Force  344.⁰⁰ Month.

   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____
   _____

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make:            Year:            Model:
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   $15,400.00   U.S. Goverment Criminal fine

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):   N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
   I get by on Indigent Status / Government Gives Soap / Shampoo / Deordant And feeds me.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1/14/08                               Mikeal Glenn Stine
DATE                                  SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __MIKEAL GLENN STINE__,
(NAME OF INMATE)

__55436-098__ BOP Number,

has the sum of $ __.18__ on account to his/her credit at __United STATES Penitentiary / ADX FloRENCE Colorado__.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __∅__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __.18__,

and the *average monthly deposits* to the applicant's account was $ __∅__.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__1-14-08__
DATE

__G. Knox__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__George Knox__
OFFICER'S FULL NAME (PRINTED)

__Corr. Counselor__
OFFICER'S TITLE/RANK

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
## (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, __Mikeal Glenn Stine # 55436-098__ , request and authorize the agency holding me in
(Name of Prisoner/ BOP),
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

1/14/08
DATE

_Mikeal Glenn Stine_
SIGNATURE OF PRISONER

Date: 01/07/2008
Time: 1:03:40 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

**Start Date:** 06/01/2007
**End Date:** 01/01/2008
**Inmate Reg #:** 55436098
**Account Status:** All
**Institution:** All

START DATE 6-1-07
END DATE 1/1/08

LISTS ALL TRANSACTIONS (3)-PAGES
CERTIFIED STAMP/PAGE (2).

✱ Printout Given To Inmate Stine #55436-098 ✱
  Monday Jan. 14th 2008 by Counselor G. Knox.

Date: 01/07/2008  
Time: 1:03:40 pm  
Facility: FLX

**Federal Bureau of Prisons**  
**TRUFACS**  
**Inmate Statement**  
Sensitive But Unclassified

**CERTIFIED**  
JAN 07 2008  
FCC FLORENCE  
FINANCIAL MANAGEMENT

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 55436098 | Living Quarters: | D01-106L |
| Inmate Name: | STINE, MIKEAL GLEN | Arrived From: | OKL |
| Current Site Name: | Florence Complex | Transferred To: | |
| Housing Unit: | FLM-D-A | Account Creation Date: | 8/14/2003 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLM | 11/27/2007 10:45:23 AM | HITS2CNV | | | Phone Rev With Rel | $0.08 | | $0.18 |
| | **Total Transactions: 1** | | | | | | | |
| FLX | 11/28/2007 07:31:59 AM | TX112807 | | | Transfer - In from TRUFACS | $0.18 | | $0.18 |
| | **Total Transactions: 1** | | | | | | | |
| FLM | 11/28/2007 07:31:59 AM | GFLMD128 - 223 | | | Debt Encumbrance - Released | | $0.10 | |
| | **Total Transactions: 1** | | | | | | | |
| FLX | 11/28/2007 07:31:59 AM | GFLMD128 - 179 | | | Debt Encumbrance | | ($0.10) | |
| | **Total Transactions: 1** | | | | | | | |
| FLM | 11/28/2007 07:31:59 AM | TX112807 | | | Transfer - Out to TRUFACS | ($0.18) | | $0.00 |
| | **Total Transactions: 1** | | | | | | | |
| FLX | 12/06/2007 04:10:12 AM | GFLMD128 - 179 | | | Debt Encumbrance - Released | | $0.10 | |
| FLX | 12/06/2007 04:10:12 AM | TX120607 | | | Transfer - Out to TRUFACS | ($0.18) | | $0.00 |
| | **Total Transactions: 2** | | | | | | | |
| OKL | 12/06/2007 05:10:13 AM | TX120607 | | | Transfer - In from TRUFACS | $0.18 | | $0.18 |
| OKL | 12/06/2007 05:10:13 AM | GFLMD128 - 295 | | | Debt Encumbrance | | ($0.10) | |
| | **Total Transactions: 2** | | | | | | | |
| FLX | 12/22/2007 03:28:19 AM | TX122207 | | | Transfer - In from TRUFACS | $0.18 | | $0.18 |
| FLX | 12/22/2007 03:28:19 AM | GFLMD128 - 424 | | | Debt Encumbrance | | ($0.10) | |
| | **Total Transactions: 2** | | | | | | | |

Page 2

Date: 01/07/2008
Time: 1:03:41 pm

**Federal Bureau of Prisons**
**TRUFACS**
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 55436098 | Living Quarters: | D01-106L |
| Inmate Name: | STINE, MIKEAL GLEN | Arrived From: | OKL |
| Current Site Name: | Florence Complex | Transferred To: | |
| Housing Unit: | FLM-D-A | Account Creation Date: | 8/14/2003 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OKL | 12/22/2007 04:28:19 AM | GFLMD128-295 | | | Debt Encumbrance - Released | | $0.10 | |
| OKL | 12/22/2007 04:28:19 AM | TX122207 | | | Transfer - Out to TRUFACS | ($0.18) | | $0.00 |
| | Total Transactions: | 2 | | | Totals: | $0.08 | $0.00 | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | $0.08 | $0.00 | $0.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.18 |
| Totals: | $0.08 | $0.00 | $0.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.18 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | ($0.08) | $0.12 | $0.18 | $0.18 | N/A | N/A |

Page 3